UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

DREW EDWARDS
Edwards & Edwards
239 Washington St. Suite 307
Jersey City, NJ 07303
(201) 413-1653
Attorney for Unsecured Creditor
Atlantic Health Employees Federal Credit Union

In Re:

Paulette Wright

Case No.:        ___16-13321-RG_____

Chapter:         _____13_____

Hearing Date:    10/19/2016

Judge:           _Gambardella_____

## CERTIFICATION OF SERVICE

1. I, Drew M. Edwards:

    ☒ represent Atlantic Health Employees Federal Credit Union in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On August 22, 2016, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below. **On September 28, 2016 I sent a copy of the following pleadings and/or documents to the Co-Debtor Kenneth Lewis at 316 South 7th Street, Newark, NJ 07103, by Certified Mail/Return Receipt Requested and regular mail.**

    ☒ Notice of Motion for Relief from Co-Debtor Stay

    ☒ Certification in Support of Motion for Relief from Co-Debtor Stay

☒ Statement as to Why No Brief is Necessary

☒ Proposed Order Granting Motion for Relief from Co-Debtor Stay

☒ Other Copy of Note and Account Activity Report

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  September 28, 2016                              /s/ Drew Edwards_____
                                                                              Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Paulette M. Wright<br>185 Dodd Street<br>East Orange, NJ 07017 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☒ Notice of Electronic Filing |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004<br>973-227-2840 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☒ Notice of Electronic Filing |
| Avram D White<br>Law Offices of Avram D White, Esq<br>66 Hampton Terrace<br>Orange, NJ 07050<br>973-669-0857<br>888-481-1709 (fax)<br>clistbk3@gmail.com | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☒ Notice of Electronic Filing |