UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DREW EDWARDS
Edwards & Edwards
239 Washington St. Suite 307
Jersey City, NJ 07303
(201) 413-1653
Attorney for Unsecured Creditor
Atlantic Health Employees Federal Credit Union

Order Filed on October 25, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Paulette Wright

Case No.:	___16-13321-RG_____

Chapter:	_____13_____

Hearing Date:	10/19/2016_____

Judge:	_Gambardella_____

# ORDER GRANTING RELIEF FROM CO-DEBTOR STAY

The relief set forth on the following page is **ORDERED**.

**DATED: October 25, 2016**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The Court having reviewed the movant's Motion for Relief from Co-Debtor Stay, and any related responses or objections, it is hereby

ORDERED that:

1.  The co-debtor Stay is lifted as to Kenneth Lewis, to enable the Movant to proceed with collection efforts against Mr. Lewis.