UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DREW EDWARDS
Edwards & Edwards
239 Washington St. Suite 307
Jersey City, NJ 07303
(201) 413-1653
Attorney for Unsecured Creditor
Atlantic Health Employees Federal Credit Union

Order Filed on October 25, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Paulette Wright

| | |
|---|---|
| Case No.: | 16-13321-RG |
| Chapter: | 13 |
| Hearing Date: | 10/19/2016 |
| Judge: | Gambardella |

## ORDER GRANTING RELIEF FROM CO-DEBTOR STAY

The relief set forth on the following page is **ORDERED**.

**DATED: October 25, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The Court having reviewed the movant's Motion for Relief from Co-Debtor Stay, and any related responses or objections, it is hereby

ORDERED that:

1. The co-debtor Stay is lifted as to Kenneth Lewis, to enable the Movant to proceed with collection efforts against Mr. Lewis.

United States Bankruptcy Court
District of New Jersey

In re:  
Paulette M Wright  
       Debtor

Case No. 16-13321-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 26, 2016  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2016.  
db          +Paulette M Wright,   185 Dodd Street,   East Orange, NJ 07017-2105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2016 at the address(es) listed below:

        Avram D White    on behalf of Debtor Paulette M Wright clistbk3@gmail.com,  
         adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com  
        Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Drew   Edwards    on behalf of Creditor   Atlantic Health EFCU drew@edwardslegal.com  
        Marie-Ann   Greenberg   magecf@magtrustee.com  
                                                                                                                                    TOTAL: 4