| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Case No.: 16-13321 |
| IN RE:<br>    PAULETTE M WRIGHT | Hearing Date:  11/16/2016<br><br>Judge:  ROSEMARY GAMBARDELLA |



Order Filed on November 18, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: November 18, 2016**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Debtor(s): PAULETTE M WRIGHT

Case No.: 16-13321RG

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 11/16/2016 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 11/16/2016 of the plan filed on 04/05/2016, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 11/30/2016 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.