

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | Order Filed on January 9, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

|  |  |
|---|---|
| IN RE:<br>    PAULETTE M WRIGHT | Case No.:  16-13321<br><br>Hearing Date:  01/04/2017<br><br>Judge:  ROSEMARY GAMBARDELLA |

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: January 9, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Debtor(s):  PAULETTE M WRIGHT

Case No.:  16-13321RG

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 01/04/2017 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 1/4/2017 of the plan filed on 11/30/2016, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 01/18/2017 or the case will be dismissed; and it is further

ORDERED, that debtor(s) must file a certificate of service on the modified plan by 1/18/2017 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings; and it is further

ORDERED, that if the above information has been filed timely and/or provided, the Hearing on Confirmation shall be adjourned to 2/15/2017 at  9:00:00AM.

2