Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/12/2017

**Chapter 13 Case # 16-13321**

Re:   PAULETTE M WRIGHT               Atty:   AVRAM D WHITE, ESQ,
      185 DODD STREET                          66 HAMPTON TERRACE
      EAST ORANGE, NJ  07017                   ORANGE, NJ  07050

## RECEIPTS AS OF 01/12/2017                                  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/20/2016 | $85.00 | 2946293000  - | 04/25/2016 | ($85.00) | 2946293000  - |
| 05/18/2016 | $255.00 | 778082 | 06/06/2016 | $85.00 | 786094 |
| 08/02/2016 | $85.00 | 799957 | 09/13/2016 | $85.00 | 799806 |
| 09/26/2016 | $85.00 | 23916916855 | 10/19/2016 | $85.00 | 23916923436 |
| 11/23/2016 | $85.00 | 23916929736 | 01/10/2017 | $85.00 | 23951579286 |

**Total Receipts: $850.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $850.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/12/2017              (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 43.12 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ADVANTAGE ASSETS II INC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0013 | CITY OF EAST ORANGE | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | EAST ORANGE WATER COMMISSION | PRIORITY | 268.72 | 100.00% | 0.00 | 0.00 |
| 0018 | QUANTUM3 GROUP LLC | UNSECURED | 312.28 | 0.00% | 0.00 | 0.00 |
| 0019 | QUANTUM3 GROUP LLC | UNSECURED | 327.78 | 0.00% | 0.00 | 0.00 |
| 0020 | DEPARTMENT STORE NATIONAL BANK | UNSECURED | 1,468.65 | 0.00% | 0.00 | 0.00 |
| 0023 | M & T BANK | UNSECURED | 17,266.99 | 0.00% | 0.00 | 0.00 |
| 0028 | NEW JERSEY ANESTHESIA ASSOC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0031 | OVERLOOK HOSPITAL EMPLOYEES FED | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0039 | PNC BANK, NATIONAL ASSOCIATION | MORTGAGE ARR | 7,300.04 | 100.00% | 0.00 | 0.00 |
| 0042 | PINNACLE CREDIT SERVICES LLC | UNSECURED | 260.50 | 0.00% | 0.00 | 0.00 |
| 0044 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,103.76 | 0.00% | 0.00 | 0.00 |
| 0057 | MIDLAND FUNDING LLC | UNSECURED | 663.65 | 0.00% | 0.00 | 0.00 |
| 0060 | TD BANK USA NA | UNSECURED | 1,886.48 | 0.00% | 0.00 | 0.00 |
| 0074 | AMERICAN INFOSOURCE LP | UNSECURED | 101.96 | 0.00% | 0.00 | 0.00 |
| 0075 | CITY OF EAST ORANGE | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | 0.00 |
| 0076 | AMERICAN INFOSOURCE LP | UNSECURED | 76.93 | 0.00% | 0.00 | 0.00 |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0077 | AMERICAN INFOSOURCE LP | UNSECURED | 118.74 | 0.00% | 0.00 | 0.00 |
| 0078 | PRESSLER AND PRESSLER | UNSECURED | 1,465.40 | 0.00% | 0.00 | 0.00 |
| 0079 | ATLANTIC HEALTH FEDERAL CREDIT U | UNSECURED | 23,598.74 | 0.00% | 0.00 | 0.00 |

**Total Paid: $43.12**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 12, 2017.

Receipts: $850.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $43.12    =    Funds on Hand: $806.88

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER     VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.