Law Office of Avram D. White  
66 Hampton Terrace  
Orange, New Jersey 07050  
(973) 669-0857; (888) 481-1709 Telefax;  
Email: avram.randr@gmail.com  
Avram D. White, Esq.  
Attorney for the Debtor(s)  

---

| IN RE: | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY CHAPTER 13 CASE NO.: 16-13321-RG |
|---|---|
| PAULETTE WRIGHT, | |
| DEBTOR(S). | |

---

### CERTIFICATION OF SERVICE

I, Adrienne Wooten, worker for Avram D. White, Esq., attorney for the Debtor, do hereby certify that on the 5th day of February of 2017, I mailed a copy of a Chapter 13 Plan Transmittal Letter along with a copy of the Chapter 13 plan and supporting documents if attached, to all parties on the attached service list by regular mail and CMRRR.

I hereby certify that the foregoing statements made by me are true and I am further aware that if any of the statements that I made are wilfully false, I am subject to punishment.

Dated: February 5, 2017         /S/ ADRIENNE K. WOOTEN  
                                ------------------------------------  
                                ADRIENNE K. WOOTEN

**SERVICE LIST**

Marie-Ann Greenberg, Esq.
30 Two Bridges Road, Ste. 230
Fairfield, New Jersey 07004
Chapter 13 Standing Trustee

Attn: Cynthia Brown, City Clerk
City Of East Orange
44 City Hall Plaza
East Orange, NJ 07018

Attn: Khalifah Shabazz Esq, Corporation Counsel
City Of East Orange
44 City Hall Plaza
East Orange, NJ 07017