Law Office of Avram D. White  
66 Hampton Terrace  
Orange, New Jersey 07050  
(973) 669-0857; (888) 481-1709 Telefax;  
Email: avram.randr@gmail.com  
Avram D. White, Esq.  
Attorney for the Debtor(s)

---

| IN RE: | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY CHAPTER 13 CASE NO.: 16-13321-RG |
|---|---|
| PAULETTE WRIGHT, | |
| DEBTOR(S). | |

---

### **CERTIFICATION OF SERVICE**

    I, Adrienne Wooten, worker for Avram D. White, Esq., attorney for the Debtor, do hereby certify that on the 31st day of March 2017, I mailed a copy of a Chapter 13 Plan Transmittal Letter along with a copy of the Chapter 13 plan and supporting documents if attached, to all parties on the attached service list by regular mail.

    I hereby certify that the foregoing statements made by me are true and I am further aware that if any of the statements that I made are wilfully false, I am subject to punishment.

Dated: April 3, 2017        /S/ ADRIENNE K. WOOTEN  
                                         -------------------------------------  
                                         ADRIENNE K. WOOTEN

**SERVICE LIST**

New Jersey Anesthesia
94 Old Short Hills Rd
# 103a,
Livingston, New Jersey 07039