Law Office of Avram D. White
66 Hampton Terrace
Orange, New Jersey 07050
(973) 669-0857; (888) 481-1709 Telefax;
Email: avram.randr@gmail.com
Avram D. White, Esq.
Attorney for the Debtor(s)

---

| IN RE: | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY CHAPTER 13 CASE NO.: 16-13321-RG |
|---|---|
| PAULETTE WRIGHT, | |
| DEBTOR(S). | |

---

**CERTIFICATION OF SERVICE**

I, Adrienne Wooten, worker for Avram D. White, Esq., attorney for the Debtor, do hereby certify that on the 31st day of March 2017, I mailed a copy of a Chapter 13 Plan Transmittal Letter along with a copy of the Chapter 13 plan and supporting documents if attached, to all parties on the attached service list by regular mail.

I hereby certify that the foregoing statements made by me are true and I am further aware that if any of the statements that I made are wilfully false, I am subject to punishment.

Dated: April 3, 2017         /S/ ADRIENNE K. WOOTEN
                             -------------------------------------
                             ADRIENNE K. WOOTEN

**SERVICE LIST**

Drew J Pfirrman, General Counsel
Legal Department
M and T Bank
345 Main St,
Buffalo, NY 14203