UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LAW OFFICE OF AVRAM D. WHITE
66 Hampton Terrace
Orange, New Jersey 07050
973-669-0857; 888-481-1709 telefax
email to: avram.randr@gmail.com
Avram D. White, Esq.
Counsel to the Debtor

In Re:

PAULETTE M. WRIGHT,

Debtor.

Case No.: 16-13321-RG

Chapter: 13

Adv. No.:

Hearing Date:

Judge: GAMBARDELLA

# CERTIFICATION OF SERVICE

1. I, Adrienne Wooten :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for Avram D. White, Esq., who represents Paulette M. Wright in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On May 15, 2017, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   1. Chapter 13 Plan
   2. Notice to Creditors affected by Motions in Chapter 13 plans

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 15, 2017

/s/ Adrienne K. Wooten
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Cynthia Brown, RMC<br>Office of the City Clerk<br>44 City Hall Plaza<br>East Orange, New Jersey 07018 | Secured creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>  701 51 520000112494466<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| M & T Bank<br>attn: Brian R. Yoshida, Dep. General Counsel and Executive Vice President<br>One M & T Plaza<br>Buffalo, New York 14203 | Secured creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>  701 51 520000112494480<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Anesthesia Associates<br>attn: Ajay Varma<br>10 Crawfords Corner Road<br>PO Box 548<br>Holmdel, New Jersey 07733-0548 | Judgment creditor<br>Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>  701 51 520000112494473<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Anesthesia Associates<br>attn: Dr. Peter Reichard<br>30B Vreeland Road, Suite 200<br>Florham Park, New Jersey 07932 | Judgment creditor<br>Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>  701 51 520000112494497<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

**Avram D. White**
Attorney at Law
The Centre at Park Avenue
523 Park Avenue, Suite 3
Orange, New Jersey 07050
Telephone (973)669-0857
Facsimile (888)481-1709
Email: avram.randr@gmail.com

<u>**Notice to Creditors affected by Motions in Chapter 13 Plans:**</u>

May 14, 2017

VIA CMRRR
New Jersey Anesthesia Associates
attn: Dr. Peter Reichard
30B Vreeland Road, Suite 200
Florham Park, New Jersey 07932

    RE:  Paulette Wright
         Chapter 13 Case Number
         Case Number 16-13321-RG

To whom it may concern:

    You should have previously received from the court a copy of the plan proposed by Paulette Wright, the Debtor, and a Notice of the Hearing on Confirmation. The enclosed plan is a copy of the one sent to you by the court. It has been served upon you again because the plan contains motions that may affect your interest adversely. Specifically, the debtor(s) have valued a house at $125,000.00. The debtor(s) believe the first lien on the property to be in the approximate amount of $170,848.00. As such, the debtor(s) believe(s) there is inadequate equity available to satisfy your lien and seeks through the plan to reduce, modify or eliminate your lien.

    All forms of relief sought by motion appear in Part 7 of the plan.

    The Confirmation Hearing has been scheduled for June 21, 2017 at 9:00 am the U.S. COURTHOUSE, 50 WALNUT STREET. 3rd Floor, Courtroom 3B, Newark NJ 07102, Before the HONORABLE ROSEMARY GAMBARDELLA. **Objections** to any relief sought in the plan, including relief sought by motion, **must be filed seven days prior to the Confirmation Hearing.**

    YOU SHOULD CONSULT WITH YOUR ATTORNEY PROMPTLY, SINCE ENTRY OF AN ORDER OF CONFIRMATION WILL BIND YOU TO ALL OF THE TERMS OF THE CONFIRMED PLAN.

                                   Very truly yours,

                                   AVRAM D. WHITE, ESQ.

enclosure

**Avram D. White**
Attorney at Law
The Centre at Park Avenue
523 Park Avenue, Suite 3
Orange, New Jersey 07050
Telephone (973)669-0857
Facsimile (888)481-1709
Email: avram.randr@gmail.com

## Notice to Creditors affected by Motions in Chapter 13 Plans:

May 14, 2017

VIA CMRRR
New Jersey Anesthesia Associates
attn: Ajay Varma
10 Crawfords Comer Road
PO Box 548
Holmdel, New Jersey 07733-0548

      RE:  Paulette Wright
            Chapter 13 Case Number
            Case Number 16-13321-RG

To whom it may concern:

    You should have previously received from the court a copy of the plan proposed by Paulette Wright, the Debtor, and a Notice of the Hearing on Confirmation. The enclosed plan is a copy of the one sent to you by the court. It has been served upon you again because the plan contains motions that may affect your interest adversely. Specifically, the debtor(s) have valued a house at $125,000.00. The debtor(s) believe the first lien on the property to be in the approximate amount of $170,848.00. As such, the debtor(s) believe(s) there is inadequate equity available to satisfy your lien and seeks through the plan to reduce, modify or eliminate your lien.

    All forms of relief sought by motion appear in Part 7 of the plan.

    The Confirmation Hearing has been scheduled for June 21, 2017 at 9:00 am the U.S. COURTHOUSE, 50 WALNUT STREET. 3rd Floor, Courtroom 3B, Newark NJ 07102, Before the HONORABLE ROSEMARY GAMBARDELLA. **Objections** to any relief sought in the plan, including relief sought by motion, **must be filed seven days prior to the Confirmation Hearing.**

    YOU SHOULD CONSULT WITH YOUR ATTORNEY PROMPTLY, SINCE ENTRY OF AN ORDER OF CONFIRMATION WILL BIND YOU TO ALL OF THE TERMS OF THE CONFIRMED PLAN.

                                                          Very truly yours,

                                                          AVRAM D. WHITE, ESQ.

enclosure

**Avram D. White**
**Attorney at Law**
**The Centre at Park Avenue**
**523 Park Avenue, Suite 3**
**Orange, New Jersey 07050**
**Telephone (973)669-0857**
**Facsimile (888)481-1709**
**Email: avram.randr@gmail.com**

### Notice to Creditors affected by Motions in Chapter 13 Plans:

May 14, 2017

VIA CMRRR
M & T Bank
attn: Brian R. Yoshida, Dep. General Counsel and Executive Vice President
One M & T Plaza
Buffalo, New York 14203

    RE:  Paulette Wright
          Chapter 13 Case Number
          Case Number 16-13321-RG

To whom it may concern:

    You should have previously received from the court a copy of the plan proposed by Paulette Wright, the Debtor, and a Notice of the Hearing on Confirmation. The enclosed plan is a copy of the one sent to you by the court. It has been served upon you again because the plan contains motions that may affect your interest adversely. Specifically, the debtor(s) have valued a house at $125,000.00. The debtor(s) believe the first lien on the property to be in the approximate amount of $170,848.00. As such, the debtor(s) believe(s) there is inadequate equity available to satisfy your lien and seeks through the plan to reduce, modify or eliminate your lien.

    All forms of relief sought by motion appear in Part 7 of the plan.

    The Confirmation Hearing has been scheduled for June 21, 2017 at 9:00 am the U.S. COURTHOUSE, 50 WALNUT STREET. 3rd Floor, Courtroom 3B, Newark NJ 07102, Before the HONORABLE ROSEMARY GAMBARDELLA. **Objections** to any relief sought in the plan, including relief sought by motion, **must be filed seven days prior to the Confirmation Hearing.**

    YOU SHOULD CONSULT WITH YOUR ATTORNEY PROMPTLY, SINCE ENTRY OF AN ORDER OF CONFIRMATION WILL BIND YOU TO ALL OF THE TERMS OF THE CONFIRMED PLAN.

                                  Very truly yours,

                                    AVRAM D. WHITE, ESQ.

enclosure

# Avram D. White
**Attorney at Law**
The Centre at Park Avenue
523 Park Avenue, Suite 3
Orange, New Jersey 07050
Telephone (973)669-0857
Facsimile (888)481-1709
Email: avram.randr@gmail.com

**Notice to Creditors affected by Motions in Chapter 13 Plans:**

May 14, 2017

VIA CMRRR
East Orange Municipal Clerk
City of East Orange
44 City Hall Plaza
East Orange, New Jersey 07017

    RE:  Paulette Wright
          Chapter 13 Case Number
          Case Number 16-13321-RG

To whom it may concern:

    You should have previously received from the court a copy of the plan proposed by Paulette Wright, the Debtor, and a Notice of the Hearing on Confirmation. The enclosed plan is a copy of the one sent to you by the court. It has been served upon you again because the plan contains motions that may affect your interest adversely. Specifically, the debtor(s) have valued a house at $125,000.00. The debtor(s) believe the first lien on the property to be in the approximate amount of $170,848.00. As such, the debtor(s) believe(s) there is inadequate equity available to satisfy your lien and seeks through the plan to reduce, modify or eliminate your lien.

    All forms of relief sought by motion appear in Part 7 of the plan.

    The Confirmation Hearing has been scheduled for June 21, 2017 at 9:00 am the U.S. COURTHOUSE, 50 WALNUT STREET. 3rd Floor, Courtroom 3B, Newark NJ 07102, Before the HONORABLE ROSEMARY GAMBARDELLA. **Objections** to any relief sought in the plan, including relief sought by motion, **must be filed seven days prior to the Confirmation Hearing.**

    YOU SHOULD CONSULT WITH YOUR ATTORNEY PROMPTLY, SINCE ENTRY OF AN ORDER OF CONFIRMATION WILL BIND YOU TO ALL OF THE TERMS OF THE CONFIRMED PLAN.

                                          Very truly yours,

                                          AVRAM D. WHITE, ESQ.

enclosure

Last revised 8/1/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
PAULETTE WRIGHT

Debtor(s)

Case No.: __16-13321-RG__

Judge: __GAMBARDELLA__

Chapter: 13

## Chapter 13 Plan and Motions

- ☐ Original
- ☒ Modified/Notice Required
- ☐ Discharge Sought
- ☒ Motions Included
- ☐ Modified/No Notice Required
- ☐ No Discharge Sought

Date: __January 18, 2017__

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

### Part 1: Payment and Length of Plan

a. The debtor shall pay $ __85.00__ per __month__ to the Chapter 13 Trustee, starting on __March 1, 2016__ for approximately __36__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

- ☒ Future earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

1

c. Use of real property to satisfy plan obligations:

   ☐ Sale of real property
   Description:

   Proposed date for completion: _____

   ☐ Refinance of real property:
   Description:
   Proposed date for completion: _____

   ☒ Loan modification with respect to mortgage encumbering property:
   Description: 185 Dodd Street, East Orange, New Jersey 07017
   Proposed date for completion: _____June 30. 2017_____

d. ☒ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| MARIE ANN GREENBERG, ESQ., Chapter 13 Standing Trustee | Administrative | $276.00 |
| AVRAM D. WHITE, ESQ., Counsel to the Debtor | Administrative | $1,350.00 Legal fee $100.00 paid prior to filing, $1,250.00 via Chapter 13 Plan subject to pre and post confirmation supplemental fee applications |

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments**
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

2

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| PNC Bank N.A. | First mortgage secured to debtor's principal residence located at 185 Dodd Street, East Orange, New Jersey | $7,300.00 estimated | N/A | $2,500.00 remainder to be paid via loan modification. | $2,797.66 subject to contractual changes in payment amount |

### b. Modification

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| M and T Bank | Debtor's residence located at 185 Dodd Street East Orange, New Jersey | $15,000.00 Second mortgage | $125,000.00 | $170,848.00 | $0.00 none to be wholly stripped off | N/A | $0.00 |
| City of East Orange | | $16,000.00 Third mortgage | $125,000.00 | $185,848.00 | $0.00 none to be wholly stripped off | N/A | $0.00 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

3

**d. Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan:

**e. Secured Claims to be Paid in Full Through the Plan:**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

### Part 5:    Unsecured Claims

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

### Part 6:    Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
|  |  |  |

4

| Part 7: | Motions |

NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.

### a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| New Jersey Anesthesia | Debtor's primary residence located at 185 Dodd Street, East Orange, New Jersey | Civil Judgment | $1,000.00 estimated | $125,000.00 | $1,000.00 | $201,848.00 | $1,000.00 |

### b. Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| M and T Bank | Debtor's primary residence located at 185 Dodd Street East Orange New Jersey | Completely unsecured. Entire lien to be completely and totally stripped off. |
| City of East Orange | Debtor's primary residence located at 185 Dodd Street East Orange New Jersey | Completely unsecured. Entire lien to be completely and totally stripped off. |

### c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

5

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
|  |  |  |  |

### Part 8:   Other Plan Provisions

**a. Vesting of Property of the Estate**

☐ Upon confirmation

☒ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Trustee commissions
2) Avram D. White, Esq. Counsel to the Debtor
3) PNC Bank, N.A.
4) Unsecured Creditors

**d. Post-Petition Claims**

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9:   Modification

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: November 30, 2016        .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To address incomplete provision on Part 4 of the plan. | Revision of part four of the plan to properly include third mortgagee |

Are Schedules I and J being filed simultaneously with this Modified Plan?     ☐ Yes     ☒ No

6

| Part 10: | Sign Here |
|---|---|

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: January 18, 2017                         /s/ Avram D. White
                                               Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: January 18, 2017                         /s/ Paulette Wright
                                               Debtor

Date: _____                         _____
                                               Joint Debtor

7

## NEW JERSEY DEPARTMENT OF THE TREASURY
## DIVISION OF REVENUE AND ENTERPRISE SERVICES

### CERTIFICATE OF FORMATION

### NJ ANESTHESIA ASSOCIATES LIMITED LIABILITY COMPANY
### 0400521988

The above-named DOMESTIC LIMITED LIABILITY COMPANY was duly filed in accordance with New Jersey State Law on 10/03/2012 and was assigned identification number 0400521988. Following are the articles that constitute its original certificate.

1. **Name:**
   NJ ANESTHESIA ASSOCIATES LIMITED LIABILITY COMPANY

2. **Registered Agent:**
   AJAY VARMA

3. **Registered Office:**
   10 CRAWFORDS CORNER RD,
   PO BOX 548
   HOLMDEL, NJ 07733-0548

4. **Business Purpose:**
   MEDICAL

5. **Members/Managers:**
   AJAY VARMA
   10 CRAWFORDS CORNER RD,
   PO BOX 548
   HOLMDEL, NJ 07733-0548

6. **Main Business Address:**
   10 CRAWFORDS CORNER RD,
   PO BOX 548
   HOLMDEL,, NJ 07733-0548

   **Signatures:**
   AJAY VARMA
   AUTHORIZED REPRESENTATIVE



LLC



IN TESTIMONY WHEREOF, I have
hereunto set my hand and
affixed my Official Seal
at Trenton, this
4th day of October, 2012

*Andrew P Sidamon-Eristoff*
State Treasurer

*Certificate Number:  126197740*
*Verify this certificate online at*
*https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp*

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D. C. 20549

# FORM 8-K

## CURRENT REPORT
Pursuant to Section 13 or 15(d)
of the Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): March 31, 2017

# M&T BANK CORPORATION
(Exact name of registrant as specified in its charter)

| New York | 1-9861 | 16-0968385 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

| One M&T Plaza, Buffalo, New York | 14203 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

(716) 635-4000
Registrant's telephone number, including area code:

(NOT APPLICABLE)
(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instructions A.2. below):

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐  Pre-commencement communications pursuant to Rule 13e4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Item 8.01. Other Information.

M&T Bank Corporation ("M&T") and M&T Bank, M&T's principal banking subsidiary, announced today that the duties of the former President and Chief Operating Officer, Mark J. Czarnecki, who passed away in February, have been assumed by M&T Bank's three Vice Chairmen, Richard S. Gold, René F. Jones, and Kevin J. Pearson, effective as of March 31, 2017. The details of the expanded roles and responsibilities of these individuals and other corporate organizational changes were disclosed by means of a news release attached as Exhibit 99.1 to this Form 8-K and incorporated herein.

Further, M&T and Director Robert E. Sadler, Jr. elected to terminate Mr. Sadler's consulting agreement effective April 1, 2017. Mr. Sadler will continue to serve as a director of M&T and of M&T Bank.

Item 9.01. Financial Statements and Exhibits.

    (d) Exhibits.

Exhibit No.

99.1                Press Release dated April 3, 2017

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

                                                                         **M&T BANK CORPORATION**

Date: April 3, 2017                                              By:  /s/ Brian R. Yoshida
                                                                                     Brian R. Yoshida
                                                                                     Senior Vice President and
                                                                                     Deputy General Counsel