Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 16−13321−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Paulette M Wright
   185 Dodd Street
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−9541

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/6/17 at 09:00 AM

to consider and act upon the following:

*59* − Certification in Opposition to Trustee's Certification of Default (related document:57 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/18/2017. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Avram D White on behalf of Paulette M Wright. (White, Avram)

Dated: 8/21/17

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court