Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                            Case No.: 16−13321−RG
                            Chapter: 13
                            Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Paulette M Wright
   185 Dodd Street
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−9541

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on June 28, 2017.

   On 9/21/17 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:                  November 1, 2017
Time:                09:00 AM
Location:          Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 21, 2017
JAN: clb

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-13321-RG
Paulette M Wright                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 3           Date Rcvd: Sep 21, 2017
                             Form ID: 185             Total Noticed: 83

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2017.
```
db             +Paulette M Wright,   185 Dodd Street,    East Orange, NJ 07017-2105
516016927      +Advantage Assets II Inc,   Attn: Pressler and Pressler,   7 Entin Road,
                 Parsippany, NJ 07054-5020
516016928      +Atlantic Health Employees FEDCU,   99 Beauvoir Avenue,   PO Box 220,   Summit, NJ 07902-0220
516016929      +Atlantic Health Employees FEDCU,   100 Madison Avenue,   Morristown, NJ 07960-6136
516016930      +Atlantic Health Systems FCU,   90 Beauvoir Avenue,   Summit, NJ 07901
516016931      +Chase Bank USA,   P0 Box 15922,   Wilmington, DE 19850-5922
516016932      +Chase Bank USA, NA,   PO Box 15922,   For Notice Only,   Wilmington, DE 19850-5922
516016933      +Chase Bank USA, NA,   PO Box 15922,   Wilmington, DE 19850-5922
516016934      +Chase Home Finance,   P0 Box 961227,   Fort Worth, TX 76161-0227
516016935       Chase Home Finance LLC,   PO Box 44090,   Jacksonville, FL 32231-4090
516016936      +Chase Home Finance, LLC,   10790 Rancho Bernardo Road,   San Diego, CA 92127-5705
516016939      +City of East Orange,   44 City Hall Plaza,   East Orange, NJ 07018-4500
516016938      +City of East Orange,   Water Department,   99 Grove St.,   East Orange, NJ 07018-4197
516016937       City of East Orange,   Tax Collector,   City Hall,   East Orange, NJ 07019
516016940       Comenity Bank,   PO Box 183003,   Columbus, OH 43218-3003
516016941       Comenity Bank/Avenue,   P O Box 182789,   Columbus, OH 43218-2789
516016942       Comenity Bank/Dress Barn,   PO BOX 183789,   Columbus, OH 43218-2789
516016943      +Comenity Bank/Victoria's Secret,   Po Box 182789,   Columbus, OH 43218-2789
516016944      +Comenitybank/ Venus,   3100 Easton Square Pl,   Columbus, OH 43219-6232
516261126       Department Store National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA  98083-0657
516016945      +Department Stores National Bank Macy's,   9111 Duke Blvd,   Mason, OH 45040-8999
516099399      +East Orange Water Commission,   99 S. Grove St.,   East Orange, NJ 07018-4108
516016949       M & T Bank,   attn: Computershare,   PO Box 30170,   College Station, TX 77842-3170
516016952      +M&T Credit Corp.,   PO Box 4006,   Buffalo, NY 14240-4006
516016953       New Jersey Anesthesia Assoc.,   PO Box 0037,   Florham Park, NJ 07932-0037
516016954      +New Jersey Anesthesia Associates,   Attn: Pressler & Pressler,   7 Entin Road,
                 Parsippany, NJ 07054-5020
516016955      +Officer Tara Balanche,   Essex County Sheriff's Office,   50 West Market Street,
                 ref number #15008865  DJ 163173-15),   Newark, NJ 07102-1692
516016956       Overlook Hospital Employees Federal Cred,   99 Beauvoir Avenue,   PO Box 220,
                 Summit, NJ 07902-0220
516016957      +Overlook Hospital Employees Federal Cred,   Attn: Mr. Stephen Edwards, Esq.,
                 59 Forrest Rd., PO Box 321,   Mount Freedom, NJ 07970-0321
516016963      +PNC Bank,   PO Box 747024,   Pittsburgh, PA 15274-7024
516016961      +PNC Bank,   300 Bellevue Parkway,   Wilmington, DE 19809-3704
516016960       PNC Bank,   PO Box 15397,   Wilmington, DE 19886-5397
516016964       PNC Bank,   Deposit Recovery Unit,   330 Gaither Street,   Louisville, KY 40202
516016962       PNC Bank,   300 Guthrie Street,   Louisville, KY 40202
516016965      +PNC Bank N.A.,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
516273984      +PNC Bank, National Association,   3232 Newmark Drive,   Miamisburg, Ohio 45342-5421
516016966      +PNC Mortgage,   PO Box 8703,   Dayton, OH 45401-8703
516016967      +PNC Mortgage Servicing,   Attn: Bankruptcy Department,   3232 Newmark Dr,
                 Miamisburg, OH 45342-5433
516016968       PNC National Bank of NJ,   PO Box 8310,   Philadelphia, PA 19101
516261848      +Pinnacle Credit Services, LLC its successors and,   assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
516016974      +Pressler & Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
516016981      +Superior Court of New Jersey,   Essex County,   465 Martin Luther King Jr. Blvd,
                 Newark, NJ 07102-1774
516016979      +Superior Court of New Jersey,   Essex County Special Civil Part,
                 465 Martin Luther King Jr. Avenue,   For Notice Only (DC 005030 15),   Newark, NJ 07102-1735
516016980      +Superior Court of New Jersey,   Essex County Special Civil Part,
                 465 Martin Luther King Jr. Avenue,   For Notice Only (DC 028983-09),   Newark, NJ 07102-1735
516016976      +Superior Court of New Jersey,   Essex County,   50 W.Market Street,
                 For Notice Only (DC 005030 15),   Newark, NJ 07102-1607
516016978      +Superior Court of New Jersey,   Essex County,   50 W.Market Street,
                 For Notice Only (DC 028983-09),   Newark, NJ 07102-1607
516016977      +Superior Court of New Jersey,   Essex County,   50 W.Market Street,
                 For Notice Only (L 012262 98),   Newark, NJ 07102-1607
516016989      +TD Bank Usa/ Target Credit Card,   3701 Wayzata Blvd,   Minneapolis, MN 55416-3401
516016984      +Target,   P0 Box 59317,   Minneapolis, MN 55459-0317
516016985       Target Credit Card,   PO Box 660170,   Dallas, TX 75266-0170
516016986       Target Credit Services,   Retailers National Bank,   PO Box 1581,   Minneapolis, MN 55440-1581
516016987      +Target National Bank,   PO Box 59317,   Minneapolis, MN 55459-0317
516016988       Verizon Wireless,   PO Box 489,   Newark, NJ 07101
516016990      +Verizon Wireless,   2000 Corporate Drive,   Orangeburg, NY 10962-2624
516016992       Verizon Wireless,   PO Box 630024,   Dallas, TX 75263
516016994       Victoria Secrets,   PO Box 182128,   Columbus, OH 43218-2128
516016995       Victoria Secrets,   PO Box 659562,   San Antonio, TX 78265
516016996       Victoria's Secret,   PO Box 659728,   San Antonio, TX 78265-9728
516016997      +Victoria's Secrets,   P0 Box 182117,   Columbus, OH 43218-2117
```

```
District/off: 0312-2          User: admin              Page 2 of 3                   Date Rcvd: Sep 21, 2017
                              Form ID: 185             Total Noticed: 83


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 21 2017 23:06:48      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 21 2017 23:06:46      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: susan.mcnulty@atlantichealth.org Sep 21 2017 23:06:35       Atlantic Health EFCU,
                 99 Beauvoir Avenue,    Summit, NJ 07901-3533
516016926       E-mail/Text: ebn@ltdfin.com Sep 21 2017 23:06:36      Advantage Assets II Inc,
                 7322 Southwest Freeeway,    Suite 1600,    Houston, TX 77074
516057999       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 21 2017 23:12:33
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK 73124-8848
516137532       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 21 2017 23:12:10
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK 73124-8838
516016946      +E-mail/Text: camanagement@mtb.com Sep 21 2017 23:06:36      Hudson City Savings Bank,
                 West 80 Century Road,    For Notice Only,    Paramus, NJ 07652-1405
516016947      +E-mail/Text: camanagement@mtb.com Sep 21 2017 23:06:36      Hudson City Savings Bank,
                 W. 80 Century Rd.,    Paramus, NJ 07652-1478
516016948       E-mail/Text: camanagement@mtb.com Sep 21 2017 23:06:36      M & T Bank,   One M & T Plaza,
                 8th Floor,    Buffalo, NY 14203-2399
516016950      +E-mail/Text: camanagement@mtb.com Sep 21 2017 23:06:36      M & T Mortgage,    PO Box 1288,
                 Buffalo, NY 14240-1288
516016951       E-mail/Text: camanagement@mtb.com Sep 21 2017 23:06:36      M and T Mortgage Corp.,
                 Default Servicing, 6th Floor,    PO Box 840,    Buffalo, NY 14240
516101322       E-mail/Text: camanagement@mtb.com Sep 21 2017 23:06:36      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
516172947      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 21 2017 23:06:45       Midland Funding, LLC,
                 P.O. Box 2011,    Warren, MI 48090-2011
516016969       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 21 2017 23:26:11
                 Portfolio Recovery Associates,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
516016971       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 21 2017 23:12:10
                 Portfolio Recovery Associates,    PO Box 12914,    Norfolk, VA 23541
516016970       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 21 2017 23:12:10
                 Portfolio Recovery Associates,    Riverside Commerce Center,    120 Corporate Center,
                 Suite 100,    Norfolk, VA 23502
516171440       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 21 2017 23:12:10
                 Portfolio Recovery Associates, LLC,    c/o Synchrony Bank,    POB 41067,    Norfolk VA 23541
516016958      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 21 2017 23:12:32
                 Pinnacle Credit Service,    Po Box 640,    Hopkins, MN 55343-0640
516016959      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 21 2017 23:12:09
                 Pinnacle Credit Services,    PO Box 640,    Hopkins, MN 55343-0640
516037184       E-mail/Text: bnc-quantum@quantum3group.com Sep 21 2017 23:06:40
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
516016982      +E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2017 23:02:36      Syncb/jcp,   4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
516016983      +E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2017 23:03:01      Synchrony Financial,
                 777 Long Ridge Road,    Stamford, CT 06902-1247
516016988      +E-mail/Text: bankruptcy@td.com Sep 21 2017 23:06:55      TD Bank N.A.,   Operations Center,
                 P0 Box 1377,    Lewiston, ME 04243-1377
516245235      +E-mail/Text: bncmail@w-legal.com Sep 21 2017 23:06:59      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516016972*     +Portfolio Recovery Associates, L.L.C.,    PO Box 12914,    Norfolk, VA 23541-0914
516016975*     +Pressler And Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
516016973    ##+Portfolio Recovery Associates, L.L.C.,    287 Independence,    Virginia Beach, VA 23462-2962
516016993    ##+Verizon Wireless,    PO Box 17120,    Tucson, AZ 85731-7120
                                                                                   TOTALS: 0, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-2          User: admin              Page 3 of 3             Date Rcvd: Sep 21, 2017
                              Form ID: 185             Total Noticed: 83
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2017 at the address(es) listed below:
          Avram D White    on behalf of Debtor Paulette M Wright clistbk3@gmail.com,
           adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com
          Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Drew  Edwards    on behalf of Creditor   Atlantic Health EFCU drew@edwardslegal.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                             TOTAL: 4
```