UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LAW OFFICE OF AVRAM D. WHITE
66 Hampton Terrace
Orange, New Jersey 07050
973-669-0857
888-481-1709 telefax
email to: avram.randr@gmail.com
Avram D. White, Esq
Counsel to the Debtor

In Re:

PAULETTE WRIGHT,

Debtor.

Case No.: 16-13321-RG

Chapter: 13

Adv. No.:

Hearing Date: January 3, 2018

Judge: GAMBARDELLA

## CERTIFICATION OF SERVICE

1. I, Avram D. White, Esq. :

   ☒ represent PAULETTE WRIGHT in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On December 4, 2017, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Notice of Chapter 13 Plan Transmittal
   Chapter 13 Plan
   CMA for 185 Dodd Street, East Orange, New Jersey 07017

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: December 4, 2017

/s/ Avram D. White
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| M and T Bank<br>Attn: Denise Carlon, Esq.<br>KML Law Group, P. C.<br>216 Haddon Avenue, Suite 406<br>Westmont, New Jersey 08108 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| City of East Orange<br>Office of the City Clerk<br>44 City Hall Plaza<br>East Orange, New Jersey 07018 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Anesthesia Associates<br>30 B Vreeland Road<br>Suite 200<br>Florham Park, New Jersey 07932 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>       (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>       (As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*