Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−13321−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Paulette M Wright
    185 Dodd Street
    East Orange, NJ 07017

Social Security No.:
    xxx−xx−9541

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/11/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 12, 2017
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-13321-RG
Paulette M Wright                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 3          Date Rcvd: Dec 12, 2017
                              Form ID: 148               Total Noticed: 84

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2017.
```
db              +Paulette M Wright,    185 Dodd Street,    East Orange, NJ 07017-2105
516016927       +Advantage Assets II Inc,    Attn: Pressler and Pressler,    7 Entin Road,
                  Parsippany, NJ 07054-5020
516016929       +Atlantic Health Employees FEDCU,    100 Madison Avenue,    Morristown, NJ 07960-6136
516016928       +Atlantic Health Employees FEDCU,    99 Beauvoir Avenue,    PO Box 220,    Summit, NJ 07902-0220
516016930       +Atlantic Health Systems FCU,    90 Beauvoir Avenue,    Summit, NJ 07901
516016934       +Chase Home Finance,    P0 Box 961227,    Fort Worth, TX 76161-0227
516016935        Chase Home Finance LLC,    PO Box 44090,    Jacksonville, FL 32231-4090
516016936       +Chase Home Finance, LLC,    10790 Rancho Bernardo Road,    San Diego, CA 92127-5705
516016937        City of East Orange,    Tax Collector,    City Hall,    East Orange, NJ 07019
516016938       +City of East Orange,    Water Department,    99 Grove St.,    East Orange, NJ 07018-4197
516016939       +City of East Orange,    44 City Hall Plaza,    East Orange, NJ 07018-4500
516261126        Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                  Kirkland, WA 98083-0657
516099399       +East Orange Water Commission,    99 S. Grove St.,    East Orange, NJ 07018-4108
516016949        M & T Bank,    attn: Computershare,    PO Box 30170,    College Station, TX 77842-3170
516016952       +M&T Credit Corp.,    PO Box 4006,    Buffalo, NY 14240-4006
516016953        New Jersey Anesthesia Assoc.,    PO Box 0037,    Florham Park, NJ 07932-0037
516016954       +New Jersey Anesthesia Associates,    Attn: Pressler & Pressler,    7 Entin Road,
                  Parsippany, NJ 07054-5020
516016955       +Officer Tara Balanche,    Essex County Sheriff's Office,    50 West Market Street,
                  ref number #15008865    DJ 163173-15),    Newark, NJ 07102-1692
516016957       +Overlook Hospital Employees Federal Cred,    Attn: Mr. Stephen Edwards, Esq.,
                  59 Forrest Rd., PO Box 321,    Mount Freedom, NJ 07970-0321
516016956        Overlook Hospital Employees Federal Cred,    99 Beauvoir Avenue,    PO Box 220,
                  Summit, NJ 07902-0220
516016963       +PNC Bank,    PO Box 747024,    Pittsburgh, PA 15274-7024
516016961       +PNC Bank,    300 Bellevue Parkway,    Wilmington, DE 19809-3704
516016960        PNC Bank,    PO Box 15397,    Wilmington, DE 19886-5397
516016964        PNC Bank,    Deposit Recovery Unit,    330 Gaither Street,    Louisville, KY 40202
516016962        PNC Bank,    300 Guthrie Street,    Louisville, KY 40202
516016965       +PNC Bank N.A.,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
516273984       +PNC Bank, National Association,    3232 Newmark Drive,    Miamisburg, Ohio 45342-5421
516016966       +PNC Mortgage,    PO Box 8703,    Dayton, OH 45401-8703
516016967       +PNC Mortgage Servicing,    Attn: Bankruptcy Department,    3232 Newmark Dr,
                  Miamisburg, OH 45342-5433
516016968        PNC National Bank of NJ,    PO Box 8310,    Philadelphia, PA 19101
516261848       +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                  Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
516016974       +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516016981       +Superior Court of New Jersey,    Essex County,    465 Martin Luther King Jr. Blvd,
                  Newark, NJ 07102-1774
516016979       +Superior Court of New Jersey,    Essex County Special Civil Part,
                  465 Martin Luther King Jr. Avenue,    For Notice Only (DC 005030 15),    Newark, NJ 07102-1735
516016980       +Superior Court of New Jersey,    Essex County Special Civil Part,
                  465 Martin Luther King Jr. Avenue,    For Notice Only (DC 028983-09),    Newark, NJ 07102-1735
516016976       +Superior Court of New Jersey,    Essex County,    50 W.Market Street,
                  For Notice Only (DC 005030 15),    Newark, NJ 07102-1607
516016978       +Superior Court of New Jersey,    Essex County,    50 W.Market Street,
                  For Notice Only (DC 028983-09),    Newark, NJ 07102-1607
516016977       +Superior Court of New Jersey,    Essex County,    50 W.Market Street,
                  For Notice Only (L 012262 98),    Newark, NJ 07102-1607
516016989       +TD Bank Usa/ Terget Credit Card,    3701 Wayzata Blvd,    Minneapolis, MN 55416-3401
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 12 2017 23:20:44     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 12 2017 23:20:41     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              +E-mail/Text: susan.mcnulty@atlantichealth.org Dec 12 2017 23:20:28     Atlantic Health EFCU,
                  99 Beauvoir Avenue,    Summit, NJ 07901-3533
516016926        EDI: LTDFINANCIAL.COM Dec 12 2017 23:03:00      Advantage Assets II Inc,
                  7322 Southwest Freeeway,    Suite 1600,    Houston, TX 77074
516057999        EDI: AIS.COM Dec 12 2017 23:03:00      American InfoSource LP as agent for,
                  T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
516137532        EDI: AIS.COM Dec 12 2017 23:03:00      American InfoSource LP as agent for,    Verizon,
                  PO Box 248838,    Oklahoma City, OK  73124-8838
516016931       +EDI: CHASE.COM Dec 12 2017 23:03:00      Chase Bank USA,    P0 Box 15922,
                  Wilmington, DE 19850-5922
516016932       +EDI: CHASE.COM Dec 12 2017 23:03:00      Chase Bank USA, NA,    PO Box 15922,    For Notice Only,
                  Wilmington, DE 19850-5922
516016933       +EDI: CHASE.COM Dec 12 2017 23:03:00      Chase Bank USA, NA,    PO Box 15922,
                  Wilmington, DE 19850-5922
```

```
District/off: 0312-2          User: admin              Page 2 of 3                    Date Rcvd: Dec 12, 2017
                              Form ID: 148             Total Noticed: 84


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516016940      EDI: WFNNB.COM Dec 12 2017 23:03:00      Comenity Bank,    PO Box 183003,
                Columbus, OH 43218-3003
516016941      EDI: WFNNB.COM Dec 12 2017 23:03:00      Comenity Bank/Avenue,    P O Box 182789,
                Columbus, OH 43218-2789
516016942      EDI: WFNNB.COM Dec 12 2017 23:03:00      Comenity Bank/Dress Barn,    PO BOX 183789,
                Columbus, OH 43218-2789
516016943     +EDI: WFNNB.COM Dec 12 2017 23:03:00      Comenity Bank/Victoria's Secret,    Po Box 182789,
                Columbus, OH 43218-2789
516016944     +EDI: WFNNB.COM Dec 12 2017 23:03:00      Comenitybank/ Venus,    3100 Easton Square Pl,
                Columbus, OH 43219-6232
516016945     +EDI: TSYS2.COM Dec 12 2017 23:03:00      Department Stores National Bank Macy's,
                9111 Duke Blvd,    Mason, OH 45040-8999
516016946     +E-mail/Text: camanagement@mtb.com Dec 12 2017 23:20:30      Hudson City Savings Bank,
                West 80 Century Road,    For Notice Only,    Paramus, NJ 07652-1405
516016947     +E-mail/Text: camanagement@mtb.com Dec 12 2017 23:20:30      Hudson City Savings Bank,
                W. 80 Century Rd.,    Paramus, NJ 07652-1478
516016948      E-mail/Text: camanagement@mtb.com Dec 12 2017 23:20:30      M & T Bank,   One M & T Plaza,
                8th Floor,    Buffalo, NY 14203-2399
516016950     +E-mail/Text: camanagement@mtb.com Dec 12 2017 23:20:30      M & T Mortgage,    PO Box 1288,
                Buffalo, NY 14240-1288
516016951      E-mail/Text: camanagement@mtb.com Dec 12 2017 23:20:30      M and T Mortgage Corp.,
                Default Servicing, 6th Floor,    PO Box 840,   Buffalo, NY 14240
516101322      E-mail/Text: camanagement@mtb.com Dec 12 2017 23:20:30      M&T Bank,   P.O. Box 840,
                Buffalo, NY 14240-0840
516172947     +EDI: MID8.COM Dec 12 2017 23:03:00      Midland Funding, LLC,    P.O. Box 2011,
                Warren, MI 48090-2011
516016969      EDI: PRA.COM Dec 12 2017 23:03:00      Portfolio Recovery Associates,    120 Corporate Blvd Ste 1,
                Norfolk, VA 23502
516016971      EDI: PRA.COM Dec 12 2017 23:03:00      Portfolio Recovery Associates,    PO Box 12914,
                Norfolk, VA 23541
516016970      EDI: PRA.COM Dec 12 2017 23:03:00      Portfolio Recovery Associates,
                Riverside Commerce Center,    120 Corporate Center,    Suite 100,    Norfolk, VA 23502
516171440      EDI: PRA.COM Dec 12 2017 23:03:00      Portfolio Recovery Associates, LLC,    c/o Synchrony Bank,
                POB 41067,    Norfolk VA 23541
516016958     +EDI: RESURGENT.COM Dec 12 2017 23:03:00      Pinnacle Credit Service,    Po Box 640,
                Hopkins, MN 55343-0640
516016959     +EDI: RESURGENT.COM Dec 12 2017 23:03:00      Pinnacle Credit Services,    PO Box 640,
                Hopkins, MN 55343-0640
516037184      EDI: Q3G.COM Dec 12 2017 23:03:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                PO Box 788,    Kirkland, WA 98083-0788
516016982     +EDI: RMSC.COM Dec 12 2017 23:03:00      Syncb/jcp,    4125 Windward Plaza,
                Alpharetta, GA 30005-8738
516016983     +EDI: RMSC.COM Dec 12 2017 23:03:00      Synchrony Financial,    777 Long Ridge Road,
                Stamford, CT 06902-1247
516016988      EDI: TDBANKNORTH.COM Dec 12 2017 23:03:00      TD Bank N.A.,    Operations Center,    P0 Box 1377,
                Lewiston, ME 04243
516245235     +E-mail/Text: bncmail@w-legal.com Dec 12 2017 23:20:53      TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516016984     +EDI: WTRRNBANK.COM Dec 12 2017 23:03:00      Target,    P0 Box 59317,
                Minneapolis, MN 55459-0317
516016985      EDI: WTRRNBANK.COM Dec 12 2017 23:03:00      Target Credit Card,    PO Box 660170,
                Dallas, TX 75266-0170
516016986      EDI: WTRRNBANK.COM Dec 12 2017 23:03:00      Target Credit Services,    Retailers National Bank,
                PO Box 1581,    Minneapolis, MN 55440-1581
516016987     +EDI: WTRRNBANK.COM Dec 12 2017 23:03:00      Target National Bank,    PO Box 59317,
                Minneapolis, MN 55459-0317
516016991      EDI: VERIZONWIRE.COM Dec 12 2017 23:03:00      Verizon Wireless,    PO Box 489,
                Newark, NJ 07101
516016993     +EDI: VERIZONWIRE.COM Dec 12 2017 23:03:00      Verizon Wireless,    PO Box 17120,
                Tucson, AZ 85731-7120
516016992      EDI: VERIZONWIRE.COM Dec 12 2017 23:03:00      Verizon Wireless,    PO Box 630024,
                Dallas, TX 75263
516016990     +EDI: VERIZONCOMB.COM Dec 12 2017 23:03:00      Verizon Wireless,    2000 Corporate Drive,
                Orangeburg, NY 10962-2624
516016994      EDI: WFNNB.COM Dec 12 2017 23:03:00      Victoria Secrets,    PO Box 182128,
                Columbus, OH 43218-2128
516016995      EDI: WFNNB.COM Dec 12 2017 23:03:00      Victoria Secrets,    PO Box 659562,
                San Antonio, TX 78265
516016996      EDI: WFNNB.COM Dec 12 2017 23:03:00      Victoria's Secret,    PO Box 659728,
                San Antonio, TX 78265-9728
516016997     +EDI: WFNNB.COM Dec 12 2017 23:03:00      Victoria's Secrets,    P0 Box 182117,
                Columbus, OH 43218-2117
                                                                                              TOTAL: 45
```

```
District/off: 0312-2            User: admin              Page 3 of 3              Date Rcvd: Dec 12, 2017
                                Form ID: 148             Total Noticed: 84


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516016972*      +Portfolio Recovery Associates, L.L.C.,    PO Box 12914,    Norfolk, VA 23541-0914
516016975*      +Pressler And Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
516016973     ##+Portfolio Recovery Associates, L.L.C.,    287 Independence,    Virginia Beach, VA 23462-2962
                                                                                     TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2017 at the address(es) listed below:
              Avram D White    on behalf of Debtor Paulette M Wright clistbk3@gmail.com,
               adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com
              Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Drew  Edwards    on behalf of Creditor   Atlantic Health EFCU drew@edwardslegal.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                             TOTAL: 4
```