| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>LAW OFFICE OF AVRAM D. WHITE<br>66 Hampton Terrace<br>Orange, New Jersey 07050<br>973-669-0857<br>888-481-1709 telefax<br>email to: avram.randr@gmail.com<br>Avram D. White, Esq.<br>Counsel to the Debtor | |
| In Re:<br><br>PAULETTE WRIGHT,<br><br>Debtor. | Case No.: 16-13321-RG<br><br>Chapter: 13<br><br>Adv. No.:<br><br>Hearing Date: June 6, 2018<br><br>Judge: |

# CERTIFICATION OF SERVICE

1. I, **Avram D. White** :

   ☒ represent **Paulette Wright** in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On **May 6, 2018**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Notice of Motion to Reinstate Case
   Counsel's Certification if Support of Motion to Reinstate Case
   Proposed Order of Motion to Reinstate Case

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 6, 2018                                     /s/ Avram D. White
                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| PNC Bank, N.A.<br>Robert Q. Reilly, Executive Vice President and Chief Financial Officer<br>The Tower at PNC Plaza, 300 Fifth Avenue, Pittsburgh, Pennsylvania 15222-2401 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other 772164326011 Fedex<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| City of East Orange<br>Cynthia Brown, City Clerk<br>44 City Hall Plaza<br>East Orange, New Jersey 07017 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Comenity Bank<br>Ed Heffernan, President/CEO<br>One Righter Parkway, Suite 100<br>Wilmington, DE 19803 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Department Stores National Bank<br>Jeff Ganette, CEO<br>701 E 60th St N<br>Sioux Falls, SD 57104 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hudson City Savings Bank<br>Darren J. King,<br>Executive Vice President<br>c/o M and T Bank<br>One M & T Plaza<br>Buffalo, New York 14203 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other 772164330459 Fedex<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| M & T Bank<br>Darren J. King,<br>Executive Vice President<br>One M & T Plaza<br>Buffalo, New York 14203 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other 772164330459 Fedex<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Advantage Assets II Inc.<br>c/o Gerald J. Felt, Esq.<br>Pressler and Pressler, LLP<br>7 Entin Rd,<br>Parsippany-Troy Hills, NJ 07054 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Atlantic Health Employees FEDCU<br>99 Beauvoir Avenue<br>Summit, New Jersey 07902 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PNC Bank, N.A.<br>Robert Q. Reilly, Executive Vice President and Chief Financial Officer<br>The Tower at PNC Plaza, 300 Fifth Avenue, Pittsburgh, Pennsylvania 15222-2401 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Anesthesia Associates<br>c/o Gerald J. Felt, Esq.<br>Pressler and Pressler, LLP<br>7 Entin Rd,<br>Parsippany-Troy Hills, NJ 07054 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Gerald J. Felt, Esq.<br>Pressler and Pressler, LLP<br>7 Entin Rd,<br>Parsippany-Troy Hills, NJ 07054 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer Tara Balanche<br>Essex County Sheriff's Office<br>50 West Market Street<br>Newark, New Jersey 07102 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Overlook Hospital Employees FEDCU<br>99 Beauvoir Avenue<br>Summit, New Jersey 07902 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pinnacle Credit Service<br>attn: Resurgent Capital Services<br>55 Beattie Place,<br>Suite 110, MS501<br>Greenville, SC 29601 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Overlook Hospital Employees FEDCU<br>99 Beauvoir Avenue<br>Summit, New Jersey 07902 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Portfolio Recovery Services<br>Riverside Commerce Center<br>120 Corporate Center<br>Suite 100<br>Norfolk, Virginia 23502 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, New Jersey 07004 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

3