| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

Caption in Compliance with D.N.J. LBR 9004-1(b)

LAW OFFICE OF AVRAM D. WHITE
66 Hampton Terrace
Orange, New Jersey 07050
973-669-0857
888-481-1709 telefax
email to: avram.randr@gmail.com
Avram D. White, Esq.
Counsel to the Debtor

Order Filed on July 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

PAULETTE WRIGHT,

Debtor

Case No.:    16-13321-RG

Chapter:    13

Judge:    GAMBARDELLA

## ORDER REINSTATING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 20, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

This matter having come before the Court by the debtor's Motion to Reinstate Case; the Court having considered any objections filed; and for good cause shown; it is

ORDERED that the case is reinstated effective as of the date of this order. The order dismissing this case dated _____12/11/2017_____, remains in effect through the date of entry of this Order and its service as provided herein. No actions taken by third parties during the period this case was dismissed are or were subject to the automatic stay or other provisions of the Bankruptcy Code.

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

1. until the original deadline fixed by the Court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or sixty (60) days from the date of this Order, whichever is later;

2. until the original deadline fixed by the Court to file a proof of claim or required supplement, or sixty (60) days from the date of this Order, whichever is later; and

3. until the original deadline fixed by the Court to object to exemptions, or thirty (30) days from the date of this Order, whichever is later.

IT IS FURTHER ORDERED that if the Meeting of Creditors has not been concluded, the debtor must contact the case trustee to schedule a new date.

IT IS FURTHER ORDERED that if this is a Chapter 13 case, and the debtor's Plan has not been confirmed, the confirmation hearing is rescheduled to _____ at _____.

IT IS FURTHER ORDERED that the debtor must, within three (3) days of the date of this Order, serve **ALL** creditors and other parties in interest with a copy of this Order and immediately thereafter, file Local Form *Certification of Service*. This Order will be effective as to such parties only upon service in accordance with this Order.

*new.1/15/18*