**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Marie-Ann Greenberg MAG-1284**

**Marie-Ann Greenberg, Standing Trustee**

**30 TWO BRIDGES ROAD**

**SUITE 330**

**FAIRFIELD, NJ  07004-1550**

**973-227-2840**

**Chapter 13 Standing Trustee**

IN RE:

PAULETTE M WRIGHT

**Case No.:  16-13321**

**Adv. No.:**

**Hearing Date:**

**Judge:  RG**

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 09/07/2018, I sent a copy of the following pleadings and/or documents to the parties listed below:

### Certification of Default

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
PAULETTE M WRIGHT
185 DODD STREET
EAST ORANGE, NJ  07017
Mode of Service:  Regular Mail

Attorney for Debtor(s):
AVRAM D WHITE, ESQ,
66 HAMPTON TERRACE
ORANGE, NJ  07050
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  September 07, 2018

By:  /S/  Jessica Antoine
Jessica Antoine