| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>LAW OFFICE OF AVRAM D. WHITE<br>66 Hampton Terrace<br>Orange, New Jersey 07050<br>973-669-0857<br>888-481-1709 telefax<br>email to: avram.randr@gmail.com<br>Avram D. White, Esq.<br>Counsel to the Debtor | |
| In Re:<br><br>PAULETTE WRIGHT,<br><br>DEBTOR. | Case No.: __16-13321-RG__<br><br>Chapter: __13__<br><br>Adv. No.: _____<br><br>Hearing Date: _____<br><br>Judge: __GAMBARDELLA__ |

## CERTIFICATION OF SERVICE

1. I, ___Avram D. White___ :

    ☒ represent ___Paulette Wright___ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On ___November 26, 2018___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Chapter 13 Plan and Motions
    Notice of Chapter 13 Transmittal
    Valuation of Real Property

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: ___December 8, 2018___    /s/ Avram D. White
                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| City of East Orange<br>Office of the City Clerk<br>44 City Hall Plaza<br>East Orange, New Jersey 07018 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Anesthesia Associates<br>39 B Vreeland Road<br>Suite 200<br>Florham Park, New Jersey 07932 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Laura O'Hara, Esq.<br>M & T Bank Corporation<br>One M & T Plaza<br>Buffalo, New York 14203 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*