AVRAM D WHITE, ESQ,
66 HAMPTON TERRACE
ORANGE, NJ  07050

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
Chapter 13 Case # 16-13321

Re:  PAULETTE M WRIGHT                              Atty:  AVRAM D WHITE, ESQ,
     185 DODD STREET                                       66 HAMPTON TERRACE
     EAST ORANGE, NJ  07017                                ORANGE, NJ  07050

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $3,060.00**

## RECEIPTS AS OF 12/31/2018                          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/20/2016 | $85.00 | 2946293000 - | 04/25/2016 | ($85.00) | 2946293000 - |
| 05/18/2016 | $255.00 | 778082 | 06/06/2016 | $85.00 | 786094 |
| 08/02/2016 | $85.00 | 799957 | 09/13/2016 | $85.00 | 799806 |
| 09/26/2016 | $85.00 | 23916916855 | 10/19/2016 | $85.00 | 23916923436 |
| 11/23/2016 | $85.00 | 23916929736 | 01/10/2017 | $85.00 | 23951579286 |
| 01/31/2017 | $85.00 | 23916903502 | 03/06/2017 | $85.00 | 24230761031 |
| 04/10/2017 | $85.00 | 23691564022 | 05/09/2017 | $85.00 | 24432419340 |
| 05/09/2017 | $85.00 | 24432419338 | 07/12/2017 | $85.00 | 24463945956 |
| 07/12/2017 | $85.00 | 24463945945 | 09/21/2017 | $85.00 | 23818502823 |
| 10/02/2017 | $85.00 | 24432447238 | 11/14/2017 | $85.00 | 23794815352 |
| 11/14/2017 | $85.00 | 23794815341 | 07/23/2018 | $85.00 | 9902018-23794832002 |
| 07/23/2018 | $85.00 | 9902018-23794839720 | 07/23/2018 | $85.00 | 9902018-25011505080 |
| 07/23/2018 | $85.00 | 9902018-25011512537 | 07/23/2018 | $85.00 | 9902018-25011517882 |
| 07/23/2018 | $85.00 | 1613321-23794825915 | 07/23/2018 | $85.00 | 1613321-23794848562 |
| 07/25/2018 | $85.00 | 25011524204 | 09/17/2018 | $85.00 | 25011535498 |
| 09/17/2018 | $85.00 | 25011535500 | 10/22/2018 | $85.00 | 25011543251 |
| 11/26/2018 | $85.00 | 25011545951 | | | |

**Total Receipts: $2,805.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $2,805.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018           (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| EAST ORANGE WATER COMMISSION | | | | | | |
| | 08/14/2017 | $116.74 | 785,425 | 10/16/2017 | $83.30 | 789,236 |
| | 11/20/2017 | $68.68 | 790,922 | | | |
| PNC BANK, NATIONAL ASSOCIATION | | | | | | |
| | 11/20/2017 | $11.30 | 791,337 | 12/18/2017 | $159.96 | 793,245 |
| | 08/20/2018 | $643.28 | 808,420 | 10/22/2018 | $164.90 | 812,308 |
| | 11/19/2018 | $80.16 | 814,232 | 12/17/2018 | $80.16 | 816,125 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| | | | | | | |

**Chapter 13 Case # 16-13321**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 151.36 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,250.00 | 100.00% | 1,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ADVANTAGE ASSETS II INC | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | CITY OF EAST ORANGE | SECURED | 0.00 | 100.00% | 0.00 | |
| 0014 | EAST ORANGE WATER COMMISSION | PRIORITY | 268.72 | 100.00% | 268.72 | |
| 0018 | QUANTUM3 GROUP LLC | UNSECURED | 312.28 | * | 0.00 | |
| 0019 | QUANTUM3 GROUP LLC | UNSECURED | 327.78 | * | 0.00 | |
| 0020 | DEPARTMENT STORE NATIONAL BANK | UNSECURED | 1,468.65 | * | 0.00 | |
| 0023 | M & T BANK | UNSECURED | 17,266.99 | * | 0.00 | |
| 0028 | NEW JERSEY ANESTHESIA ASSOC. | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | OVERLOOK HOSPITAL EMPLOYEES FEDE | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | PNC BANK, NATIONAL ASSOCIATION | MORTGAGE ARRE | 7,300.04 | 100.00% | 1,139.76 | |
| 0042 | PINNACLE CREDIT SERVICES LLC | UNSECURED | 260.50 | * | 0.00 | |
| 0044 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,103.76 | * | 0.00 | |
| 0057 | MIDLAND FUNDING LLC | UNSECURED | 663.65 | * | 0.00 | |
| 0060 | TD BANK USA NA | UNSECURED | 1,886.48 | * | 0.00 | |
| 0074 | AMERICAN INFOSOURCE LP | UNSECURED | 101.96 | * | 0.00 | |
| 0075 | CITY OF EAST ORANGE | UNSECURED | 0.00 | * | 0.00 | |
| 0076 | AMERICAN INFOSOURCE LP | UNSECURED | 76.93 | * | 0.00 | |
| 0077 | AMERICAN INFOSOURCE LP | UNSECURED | 118.74 | * | 0.00 | |
| 0078 | PRESSLER AND PRESSLER | UNSECURED | 1,465.40 | * | 0.00 | |
| 0079 | ATLANTIC HEALTH FEDERAL CREDIT UN | UNSECURED | 23,598.74 | * | 0.00 | |

**Total Paid:  $2,809.84**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $2,805.00     -     Paid to Claims: $1,408.48     -     Admin Costs Paid: $1,401.36     =     Funds on Hand: $80.16

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.