UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICE OF AVRAM D. WHITE
66 Hampton Terrace
Orange, New Jersey 07050
973-669-0857
888-481-1709 telefax
email to: avram.randr@gmail.com
Avram D. White, Esq.
Counsel to the Debtor

In Re:

   PAULETTE WRIGHT,

               Debtor.

Case No.:    16-13321-RG

Chapter:    13

Adv. No.:

Hearing Date:    June 5, 2019

Judge:    R. GAMBARDELLA

## CERTIFICATION OF SERVICE

1. I, _____Avram D. White_____ :

   ☒ represent _____Paulette Wright_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents
   _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____5/2/2019_____, I sent a copy of the following pleadings and/or documents
   to the parties listed in the chart below.
   1. Modified Chapter 13 Plan
   2. Chapter 13 Transmittal Letter
   3. Valuation of Property at time of Case filing

3. I certify under penalty of perjury that the above documents were sent using the mode of service
   indicated.

Date: _____May 31, 2019_____

           /s/ Avram D. White
           Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| City of East Orange<br>Office of the City Clerk<br>44 City Hall Plaza<br>East Orange, New Jersey 07018 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Anesthesia Associates<br>39 B Vreeland Road<br>Suite 200<br>Florham Park, New Jersey 07932 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Laura O'Hara, Esq.<br>Office of the General Counsel<br>M & T Bank Corporation<br>One M & T Plaze<br>Buffalo, New York 14203 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*