| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | **Order Filed on January 16, 2020**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| IN RE:<br>     PAULETTE M WRIGHT | Case No.:  16-13321 RG<br><br>Hearing Date:  1/15/2020 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 16, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): PAULETTE M WRIGHT

Case No.: 16-13321

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 01/15/2020 on notice to AVRAM D WHITE, ESQ,, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file an application to extend loss mitigation program by 1/22/2020 ; and it is further

- ORDERED, that if the Court's Docket does not reflect an application to extend loss mitigation program has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that the Debtor(s) must pay the Trustee $255.00 by 1/22/2020 or the case will be dismissed without any further hearings or notice to debtor and debtor's attorney; and it is further

- ORDERED, that the Debtor(s) Debtor must pay the Trustee $85.15 by 1/31/2020 or the case will be dismissed upon certification of the Trustee with 14 days notice to debtor(s) and debtor's attorney.