AVRAM D WHITE, ESQ,
66 HAMPTON TERRACE
ORANGE, NJ  07050

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 16-13321

Re:  PAULETTE M WRIGHT　　　　　　　　　　　　　　Atty:  AVRAM D WHITE, ESQ,
　　　185 DODD STREET　　　　　　　　　　　　　　　　　　　　　66 HAMPTON TERRACE
　　　EAST ORANGE, NJ  07017　　　　　　　　　　　　　　　　　ORANGE, NJ  07050

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $4,930.00**

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/20/2016 | $85.00 | 2946293000  - | 04/25/2016 | ($85.00) | 2946293000  - |
| 05/18/2016 | $255.00 | 778082 | 06/06/2016 | $85.00 | 786094 |
| 08/02/2016 | $85.00 | 799957 | 09/13/2016 | $85.00 | 799806 |
| 09/26/2016 | $85.00 | 23916916855 | 10/19/2016 | $85.00 | 23916923436 |
| 11/23/2016 | $85.00 | 23916929736 | 01/10/2017 | $85.00 | 23951579286 |
| 01/31/2017 | $85.00 | 23916903502 | 03/06/2017 | $85.00 | 24230761031 |
| 04/10/2017 | $85.00 | 23691564022 | 05/09/2017 | $85.00 | 24432419340 |
| 05/09/2017 | $85.00 | 24432419338 | 07/12/2017 | $85.00 | 24463945956 |
| 07/12/2017 | $85.00 | 24463945945 | 09/21/2017 | $85.00 | 23818502823 |
| 10/02/2017 | $85.00 | 24432447238 | 11/14/2017 | $85.00 | 23794815352 |
| 11/14/2017 | $85.00 | 23794815341 | 07/23/2018 | $85.00 | 9902018-23794832002 |
| 07/23/2018 | $85.00 | 9902018-23794839720 | 07/23/2018 | $85.00 | 9902018-25011505080 |
| 07/23/2018 | $85.00 | 9902018-25011512537 | 07/23/2018 | $85.00 | 9902018-25011517882 |
| 07/23/2018 | $85.00 | 1613321-23794825915 | 07/23/2018 | $85.00 | 1613321-23794848562 |
| 07/25/2018 | $85.00 | 25011524204 | 09/17/2018 | $85.00 | 25011535498 |
| 09/17/2018 | $85.00 | 25011535500 | 10/22/2018 | $85.00 | 25011543251 |
| 11/26/2018 | $85.00 | 25011545951 | 01/08/2019 | $85.00 | 25559012788 |
| 01/29/2019 | $85.00 | 23794804956 | 03/07/2019 | $85.00 | 25559023050 |
| 03/07/2019 | $85.00 | 25559023061 | 06/20/2019 | $170.00 | 25712560721 |
| 07/16/2019 | $170.00 | 25964320871 | | | |

**Total Receipts: $3,485.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $3,485.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| EAST ORANGE WATER COMMISSION | | | | | | |
| | 08/14/2017 | $116.74 | 785,425 | 10/16/2017 | $83.30 | 789,236 |
| | 11/20/2017 | $68.68 | 790,922 | | | |
| PNC BANK, NATIONAL ASSOCIATION | | | | | | |
| | 11/20/2017 | $11.30 | 791,337 | 12/18/2017 | $159.96 | 793,245 |
| | 08/20/2018 | $643.28 | 808,420 | 10/22/2018 | $164.90 | 812,308 |
| | 11/19/2018 | $80.16 | 814,232 | 12/17/2018 | $80.16 | 816,125 |
| | 02/11/2019 | $80.16 | 819,961 | 03/18/2019 | $80.16 | 821,937 |
| | 04/15/2019 | $75.32 | 823,962 | 10/21/2019 | $411.40 | 835,854 |

**Chapter 13 Case # 16-13321**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| TTE  | TRUSTEE COMPENSATION              | ADMIN          |           |         | 179.48   | TBD  |
| ATTY | ATTORNEY (S) FEES                 | ADMIN          | 1,250.00  | 100.00% | 1,250.00 | 0.00 |
| COURT| CLERK OF COURT                    | ADMIN          | 0.00      | 100.00% | 0.00     | 0.00 |
| 0001 | ADVANTAGE ASSETS II INC           | UNSECURED      | 0.00      | *       | 0.00     |      |
| 0013 | CITY OF EAST ORANGE               | SECURED        | 0.00      | 100.00% | 0.00     |      |
| 0014 | EAST ORANGE WATER COMMISSION      | PRIORITY       | 268.72    | 100.00% | 268.72   |      |
| 0018 | QUANTUM3 GROUP LLC                | UNSECURED      | 312.28    | *       | 0.00     |      |
| 0019 | QUANTUM3 GROUP LLC                | UNSECURED      | 327.78    | *       | 0.00     |      |
| 0020 | DEPARTMENT STORES NATIONAL BANK   | UNSECURED      | 1,468.65  | *       | 0.00     |      |
| 0023 | M & T BANK                        | UNSECURED      | 17,266.99 | *       | 0.00     |      |
| 0028 | NEW JERSEY ANESTHESIA ASSOC.      | UNSECURED      | 0.00      | *       | 0.00     |      |
| 0031 | OVERLOOK HOSPITAL EMPLOYEES FEDI  | UNSECURED      | 0.00      | *       | 0.00     |      |
| 0039 | PNC BANK, NATIONAL ASSOCIATION    | MORTGAGE ARRE  | 7,300.04  | 100.00% | 1,786.80 |      |
| 0042 | PINNACLE CREDIT SERVICES LLC      | UNSECURED      | 260.50    | *       | 0.00     |      |
| 0044 | PRA RECEIVABLES MANAGEMENT LLC    | UNSECURED      | 1,103.76  | *       | 0.00     |      |
| 0057 | MIDLAND FUNDING LLC               | UNSECURED      | 663.65    | *       | 0.00     |      |
| 0060 | TD BANK USA NA                    | UNSECURED      | 1,886.48  | *       | 0.00     |      |
| 0074 | AMERICAN INFOSOURCE LP            | UNSECURED      | 101.96    | *       | 0.00     |      |
| 0075 | CITY OF EAST ORANGE               | UNSECURED      | 0.00      | *       | 0.00     |      |
| 0076 | AMERICAN INFOSOURCE LP            | UNSECURED      | 76.93     | *       | 0.00     |      |
| 0077 | AMERICAN INFOSOURCE LP            | UNSECURED      | 118.74    | *       | 0.00     |      |
| 0078 | PRESSLER AND PRESSLER             | UNSECURED      | 1,465.40  | *       | 0.00     |      |
| 0079 | ATLANTIC HEALTH FEDERAL CREDIT UN | UNSECURED      | 23,598.74 | *       | 0.00     |      |

**Total Paid: $3,485.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $3,485.00    -    Paid to Claims: $2,055.52    -    Admin Costs Paid: $1,429.48    =    Funds on Hand: $0.00

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.