UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LAW OFFICE OF AVRAM D. WHITE
66 Hampton Terrace
Orange, New Jersey 07050
973-669-0857
888-481-1709 telefax
email to: avram.randr@gmail.com
Avram D. White, Esq.
Counsel to the Debtor

In Re:

PAULETTE WRIGHT,

Debtor.

Case No.: 16-13321-JKS

Judge: John K. Sherwood

Chapter: 13

## APPLICATION FOR EXTENSION OR
## EARLY TERMINATION OF LOSS MITIGATION PERIOD

The undersigned is the Avram D. White, Esq. in this matter. On January 16, 2019, a Loss Mitigation Order was entered concerning:

Property: 185 Dodd Street, East Orange, New Jersey 07017

Creditor: PNC Bank, N.A.

The Loss Mitigation Period will expire on September 30, 2019.

For the reason(s) set forth below, the Debtor hereby requests:

☒ An extension of the Loss Mitigation Period to June 30, 2020.

☐ Early termination of the Loss Mitigation Period, effective _____.

Set forth the applicant's reason(s) for the above request:

Pursuant to the provisions of the consent order resolving trustee's certification of default and because the debtor has continued loss mitigation efforts.

☐ The parties to this matter, listed on the *Certification of Service* filed with this Application, consent to immediate entry of the order granting this Application.  A *Certification Concerning Order to Be Submitted* has been filed with the Court.

☐ The parties to this matter, listed on the *Certification of Service* filed with this Application, do not consent to immediate entry of the order granting this application.  (If the non-consenting party fails to file an objection to this Application within 7 days of the filed date of the Application, which objection must be served on all Loss Mitigation parties, the Court may grant the relief requested.)

☒ Consent has not been requested.

Dated: January 22, 2020                             /s/ Avram D. White
                                                                    Applicant's signature

*rev.12/17/19*