Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 16−13321−RG
                Chapter: 13
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Paulette M Wright
    185 Dodd Street
    East Orange, NJ 07017

Social Security No.:
    xxx−xx−9541

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/6/20 at 10:00 AM

to consider and act upon the following:

*125* − Certification in Opposition to Chapter 13 Trustee Certification of Default (related document:123 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 3/17/2020. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Avram D White on behalf of Paulette M Wright. (White, Avram)

Dated: 3/18/20

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                                  Case No. 16-13321-RG
Paulette M Wright                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 1                  Date Rcvd: Mar 18, 2020
                              Form ID: ntchrgbk          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2020.
db             +Paulette M Wright,    185 Dodd Street,    East Orange, NJ 07017-2105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: susan.mcnulty@atlantichealth.org Mar 19 2020 01:07:05      Atlantic Health EFCU,
                 99 Beauvoir Avenue,    Summit, NJ 07901-3533
                                                                                                 TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2020 at the address(es) listed below:
      Avram D White    on behalf of Debtor Paulette M Wright clistbk3@gmail.com,
   adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com
      Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
   bkgroup@kmllawgroup.com
      Drew  Edwards    on behalf of Creditor   Atlantic Health EFCU drewedwards@nymcu.org
      Marie-Ann  Greenberg    magecf@magtrustee.com
      Melissa N. Licker    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
   NJ_ECF_Notices@mccalla.com
                                                                                    TOTAL: 5