**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

PAULETTE M WRIGHT

Order Filed on May 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  16-13321 RG**

**Hearing Date:  5/6/2020**

## INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: May 8, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):  PAULETTE M WRIGHT

Case No.:  16-13321

Caption of Order: INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

---

THIS MATTER having come before the Court on 05/06/2020 on notice to AVRAM D WHITE,

ESQ,, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must become current with Trustee payments through May 2020 by

  5/31/2020 or the case will be dismissed at next hearing; and it is further

- ORDERED, that the Motion will be adjourned to 6/3/2020 at 10:00 a.m.