**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

Last revised: September 1, 2018

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:                                                                                         Case No.:    16-13321

PAULETTE WRIGHT                                                                    Judge:       GAMBARDELLA

                    Debtor(s)

### Chapter 13 Plan and Motions

☐ Original            ☒ Modified/Notice Required            Date: June 2, 2020

☒ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☒ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __ADW__     Initial Debtor: __PW__     Initial Co-Debtor: _____

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ __85.00__ per __month__ to the Chapter 13 Trustee, starting on __July 1, 2020__ for approximately __8__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☐    Future earnings

☒    Other sources of funding (describe source, amount and date when funds are available):
Debtor shall pay $4,250.15 through June 2020 for a total plan length of 60 months

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☒ Loan modification with respect to mortgage encumbering property:
Description:  185 Dodd Street, East Orange, New Jersey 07017
Proposed date for completion: August 31, 2020

d. ☒ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

| Part 2: | Adequate Protection ☒ NONE |
|---|---|

    a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

| Part 3: | Priority Claims (Including Administrative Expenses) |
|---|---|

    a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $0.00 |
| DOMESTIC SUPPORT OBLIGATION | ADMINISTRATIVE | $0.00 |

    b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| NONE | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | $0.00 | $0.00 |

## Part 4:    Secured Claims

a. **Curing Default and Maintaining Payments on Principal Residence:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| PNC BANK, N.A. | First mortgage secured to real estate located at 185 Dodd Street, East Orange, New Jersey 07017 | $7,300.00 estimated | N/A | $2,500.00 remainder to be paid via loan modification | $2,797.66 subject to contractual changes of payment amount |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

c. **Secured claims excluded from 11 U.S.C. 506:** ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**  ☐ **NONE**

1.)  The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| M & T Bank<br><br>City of East Orange, New Jersey | Debtor's residence located at 185 Dodd Street, East Orange, New Jersey | $15,000.00 second mortgage<br><br>$16,000.00 third mortgage | $125,000.00 at time of petition filing | $170,848.00<br><br>$185,848.00 | $0.00 none. to be wholly stripped off.<br>$0.00 none. to be wholly stripped off. | N/A<br><br>N/A | $0.00<br><br>$0.00 |

2.)  Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e.  Surrender**  ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5: Unsecured Claims ☒ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☐ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☐ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| New Jersey Anesthesia | Debtor's primary residence located at 185 Dodd Street, East Orange, New Jersey 07017 | Civil judgment | $1,000.00 | $125,000.00 at time of petition filing | $1,000.00 | $201,848.00 | $1,000.00 |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| M & T Bank, N.A.  City of East Orange, New Jersey | Debtor's primary residence located at 185 Dodd Street, East Orange, New Jersey 07017 | Liens were already stripped off in order confirming plan that was granted and filed on January 20, 2017 | $125,000.00 at time of petition filing  $125,000.00 at time of petition filing | PNC Bank, N.A.'s first mortgage lien  PNC Bank, N.A.'s first mortgage lien and M & T Bank, N.A.'s second mortgage lien | $0.00. no value  $0.00. no value | Completely unsecured. Entire lien to be completely and totally stripped off.  Completely unsecured. Entire lien to be completely and totally stripped off. |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:    Other Plan Provisions

a. **Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

b. **Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Debtor's counsel Avram D. White, Esq.
3) PNC Bank, N.A.
4) Unsecured Creditors

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:   Modification  ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To address expired loan modification date | To extend deadline for debtor to obtain a loan modification |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

## Part 10:   Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: June 2, 2020                           /s/ PAULETTE WRIGHT
                                             Debtor

Date: _____                         _____
                                             Joint Debtor

Date: June 2, 2020                           /s/ AVRAM D. WHITE
                                             Attorney for Debtor(s)

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 16-13321-RG
Paulette M Wright                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin                 Page 1 of 3         Date Rcvd: Jun 03, 2020
                              Form ID: pdf901             Total Noticed: 84


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2020.
db             +Paulette M Wright,    185 Dodd Street,    East Orange, NJ 07017-2105
516016927      +Advantage Assets II Inc,    Attn: Pressler and Pressler,    7 Entin Road,
                 Parsippany, NJ 07054-5020
516016928      +Atlantic Health Employees FEDCU,    99 Beauvoir Avenue,    PO Box 220,    Summit, NJ 07902-0220
516016929      +Atlantic Health Employees FEDCU,    100 Madison Avenue,    Morristown, NJ 07960-6136
516016930      +Atlantic Health Systems FCU,    90 Beauvoir Avenue,    Summit, NJ 07901
516016936      +Chase Home Finance, LLC,    10790 Rancho Bernardo Road,    San Diego, CA 92127-5705
516016939      +City of East Orange,    44 City Hall Plaza,    East Orange, NJ 07018-4500
516016937       City of East Orange,    Tax Collector,    City Hall,    East Orange, NJ 07019
516016938      +City of East Orange,    Water Department,    99 Grove St.,    East Orange, NJ 07018-4197
516016945      +Department Stores National Bank Macy’s,     9111 Duke Blvd,    Mason, OH 45040-8999
516099399      +East Orange Water Commission,    99 S. Grove St.,    East Orange, NJ 07018-4108
516016948       M & T Bank,    One M & T Plaza,   8th Floor,    Buffalo, NY 14203-2399
516016949       M & T Bank,    attn: Computershare,    PO Box 30170,    College Station, TX 77842-3170
516016952      +M&T Credit Corp.,    PO Box 4006,    Buffalo, NY 14240-4006
516016953       New Jersey Anesthesia Assoc.,    PO Box 0037,    Florham Park, NJ 07932-0037
516016954      +New Jersey Anesthesia Associates,    Attn: Pressler & Pressler,    7 Entin Road,
                 Parsippany, NJ 07054-5020
516016955      +Officer Tara Balanche,    Essex County Sheriff’s Office,    50 West Market Street,
                 ref number #15008865  DJ 163173-15),    Newark, NJ 07102-1607
516016956       Overlook Hospital Employees Federal Cred,    99 Beauvoir Avenue,    PO Box 220,
                 Summit, NJ 07902-0220
516016957      +Overlook Hospital Employees Federal Cred,    Attn: Mr. Stephen Edwards, Esq.,
                 59 Forrest Rd., PO Box 321,    Mount Freedom, NJ 07970-0321
516016963      +PNC Bank,    PO Box 747024,    Pittsburgh, PA 15274-7024
516016961      +PNC Bank,    300 Bellevue Parkway,    Wilmington, DE 19809-3704
516016960       PNC Bank,    PO Box 15397,    Wilmington, DE 19886-5397
516016964       PNC Bank,    Deposit Recovery Unit,    330 Gaither Street,    Louisville, KY 40202
516016962       PNC Bank,    300 Guthrie Street,    Louisville, KY 40202
516016965      +PNC Bank N.A.,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
516273984      +PNC Bank, National Association,    3232 Newmark Drive,    Miamisburg, Ohio 45342-5421
516016966      +PNC Mortgage,    PO Box 8703,    Dayton, OH 45401-8703
516016967      +PNC Mortgage Servicing,    Attn: Bankruptcy Department,    3232 Newmark Dr,
                 Miamisburg, OH 45342-5433
516016968       PNC National Bank of NJ,    PO Box 8310,    Philadelphia, PA 19101
516016974      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516016981      +Superior Court of New Jersey,    Essex County,    465 Martin Luther King Jr. Blvd,
                 Newark, NJ 07102-1774
516016979      +Superior Court of New Jersey,    Essex County Special Civil Part,
                 465 Martin Luther King Jr. Avenue,    For Notice Only (DC 005030 15),    Newark, NJ 07102-1735
516016980      +Superior Court of New Jersey,    Essex County Special Civil Part,
                 465 Martin Luther King Jr. Avenue,    For Notice Only (DC 028983-09),    Newark, NJ 07102-1735
516016976      +Superior Court of New Jersey,    Essex County,    50 W.Market Street,
                 For Notice Only (DC 005030 15),    Newark, NJ 07102-1607
516016978      +Superior Court of New Jersey,    Essex County,    50 W.Market Street,
                 For Notice Only (DC 028983-09),    Newark, NJ 07102-1607
516016977      +Superior Court of New Jersey,    Essex County,    50 W.Market Street,
                 For Notice Only (L 012262 98),    Newark, NJ 07102-1607
516016989      +TD Bank Usa/ Target Credit Card,    3701 Wayzata Blvd,    Minneapolis, MN 55416-3440
516016984      +Target,    P0 Box 59317,    Minneapolis, MN 55459-0317
516016985       Target Credit Card,    PO Box 660170,    Dallas, TX 75266-0170
516016986       Target Credit Services,    Retailers National Bank,    PO Box 1581,    Minneapolis, MN 55440-1581
516016987      +Target National Bank,    PO Box 59317,    Minneapolis, MN 55459-0317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 03 2020 23:13:28      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 03 2020 23:13:26      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: susan.mcnulty@atlantichealth.org Jun 03 2020 23:12:56      Atlantic Health EFCU,
                 99 Beauvoir Avenue,    Summit, NJ 07901-3533
516016926       E-mail/Text: ebn@ltdfin.com Jun 03 2020 23:12:57      Advantage Assets II Inc,
                 7322 Southwest Freeeway,    Suite 1600,    Houston, TX 77074
516057999       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 03 2020 23:18:03
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
516137532       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 03 2020 23:16:26
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
516016940       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 03 2020 23:13:05      Comenity Bank,
                 PO Box 183003,    Columbus, OH 43218-3003
516016941       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 03 2020 23:13:05      Comenity Bank/Avenue,
                 P O Box 182789,    Columbus, OH 43218-2789
```

```
District/off: 0312-2            User: admin                 Page 2 of 3                   Date Rcvd: Jun 03, 2020
                                Form ID: pdf901             Total Noticed: 84

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516016942      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 03 2020 23:13:05     Comenity Bank/Dress Barn,
                 PO BOX 183789,    Columbus, OH 43218-2789
516016943     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 03 2020 23:13:06
                 Comenity Bank/Victoria's Secret,    Po Box 182789,    Columbus, OH 43218-2789
516016944     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 03 2020 23:13:06     Comenitybank/ Venus,
                 3100 Easton Square Pl,    Columbus, OH 43219-6232
516261126      E-mail/Text: bnc-quantum@quantum3group.com Jun 03 2020 23:13:18
                 Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
516016946     +E-mail/Text: camanagement@mtb.com Jun 03 2020 23:12:58     Hudson City Savings Bank,
                 West 80 Century Road,    For Notice Only,    Paramus, NJ 07652-1437
516016947     +E-mail/Text: camanagement@mtb.com Jun 03 2020 23:12:58     Hudson City Savings Bank,
                 W. 80 Century Rd.,    Paramus, NJ 07652-1437
516016931      E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 03 2020 23:16:51     Chase Bank USA,
                 P0 Box 15922,    Wilmington, DE 19850
516016932      E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 03 2020 23:17:39     Chase Bank USA, NA,
                 PO Box 15922,    For Notice Only,    Wilmington, DE 19850
516016933      E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 03 2020 23:17:40     Chase Bank USA, NA,
                 PO Box 15922,    Wilmington, DE 19850
516016934      E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 03 2020 23:16:50     Chase Home Finance,
                 P0 Box 961227,    Fort Worth, TX 76161
516016935      E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 03 2020 23:16:06
                 Chase Home Finance LLC,    PO Box 44090,    Jacksonville, FL 32231-4090
516016950     +E-mail/Text: camanagement@mtb.com Jun 03 2020 23:12:58     M & T Mortgage,    PO Box 1288,
                 Buffalo, NY 14240-1288
516016951      E-mail/Text: camanagement@mtb.com Jun 03 2020 23:12:58     M and T Mortgage Corp.,
                 Default Servicing, 6th Floor,    PO Box 840,    Buffalo, NY 14240
516101322      E-mail/Text: camanagement@mtb.com Jun 03 2020 23:12:58     M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
516172947     +E-mail/Text: bankruptcydpt@mcmcg.com Jun 03 2020 23:13:25     Midland Funding, LLC,
                 P.O. Box 2011,    Warren, MI 48090-2011
516016969      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 03 2020 23:16:58
                 Portfolio Recovery Associates,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
516016971      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 03 2020 23:17:45
                 Portfolio Recovery Associates,    PO Box 12914,    Norfolk, VA 23541
516016970      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 03 2020 23:16:56
                 Portfolio Recovery Associates,    Riverside Commerce Center,    120 Corporate Center,
                 Suite 100,    Norfolk, VA 23502
516171440      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 03 2020 23:17:02
                 Portfolio Recovery Associates, LLC,    c/o Synchrony Bank,    POB 41067,    Norfolk VA 23541
516016958     +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 03 2020 23:16:18
                 Pinnacle Credit Service,    Po Box 640,    Hopkins, MN 55343-0640
516016959     +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 03 2020 23:17:06
                 Pinnacle Credit Services,    PO Box 640,    Hopkins, MN 55343-0640
516261848     +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 03 2020 23:16:17
                 Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516037184      E-mail/Text: bnc-quantum@quantum3group.com Jun 03 2020 23:13:18
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
516016982     +E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2020 23:15:56     Syncb/jcp,    4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
516016983     +E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2020 23:15:56     Synchrony Financial,
                 777 Long Ridge Road,    Stamford, CT 06902-1247
516016988      E-mail/Text: bankruptcy@td.com Jun 03 2020 23:13:31     TD Bank N.A.,    Operations Center,
                 P0 Box 1377,    Lewiston, ME 04243
516245235     +E-mail/Text: bncmail@w-legal.com Jun 03 2020 23:13:36     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516016991     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 03 2020 23:12:05
                 Verizon Wireless,    PO Box 489,    Newark, NJ 07101-0489
516016993     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 03 2020 23:12:04
                 Verizon Wireless,    PO Box 17120,    Tucson, AZ 85731-7120
516016992      E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 03 2020 23:12:05
                 Verizon Wireless,    PO Box 630024,    Dallas, TX 75263
516016990     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 03 2020 23:12:04
                 Verizon Wireless,    2000 Corporate Drive,    Orangeburg, NY 10962-2624
516016994      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 03 2020 23:13:06     Victoria Secrets,
                 PO Box 182128,    Columbus, OH 43218-2128
516016995      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 03 2020 23:13:06     Victoria Secrets,
                 PO Box 659562,    San Antonio, TX 78265
516016996      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 03 2020 23:13:06     Victoria's Secret,
                 PO Box 659728,    San Antonio, TX 78265-9728
516016997     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 03 2020 23:13:06     Victoria's Secrets,
                 P0 Box 182117,    Columbus, OH 43218-2117
                                                                                              TOTAL: 43
```

```
District/off: 0312-2           User: admin              Page 3 of 3                Date Rcvd: Jun 03, 2020
                               Form ID: pdf901          Total Noticed: 84

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516016972*     +Portfolio Recovery Associates, L.L.C.,   PO Box 12914,   Norfolk, VA 23541-0914
516016975*     +Pressler And Pressler, LLP,   7 Entin Road,   Parsippany, NJ 07054-5020
516016973    ##+Portfolio Recovery Associates, L.L.C.,   287 Independence,   Virginia Beach, VA 23462-2962
                                                                                 TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2020 at the address(es) listed below:
              Avram D White    on behalf of Debtor Paulette M Wright clistbk3@gmail.com,
               adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestc
               ase.com
              Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Drew Edwards    on behalf of Creditor   Atlantic Health EFCU drewedwards@nymcu.org
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com
                                                                                            TOTAL: 5
```