Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−13321−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Paulette M Wright
 185 Dodd Street
 East Orange, NJ 07017

Social Security No.:
 xxx−xx−9541

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/19/20 at 10:00 AM

to consider and act upon the following:

*138* − Objection to DEBTORS APPLICATION TO EXTEND LOSS MITIGATION (related document:136 Application for Extension of Loss Mitigation Period. Filed by Avram D White, Aaron Mizrahi on behalf of Paulette M Wright. Objection deadline is 7/21/2020. (Attachments: # 1 Proposed Order Allowing Application to Extend Loss Mitigation # 2 Certificate of Service Relating to Application to Extend Loss Mitigation) filed by Debtor Paulette M Wright) filed by Melissa N. Licker on behalf of PNC Bank, National Association. (Attachments: # 1 Certificate of Service) (Licker, Melissa)

Dated: 7/22/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court