Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−13321−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Paulette M Wright
  185 Dodd Street
  East Orange, NJ 07017

Social Security No.:
  xxx−xx−9541

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/19/20 at 10:00 AM

to consider and act upon the following:

*138* − Objection to DEBTORS APPLICATION TO EXTEND LOSS MITIGATION (related document:136 Application for Extension of Loss Mitigation Period. Filed by Avram D White, Aaron Mizrahi on behalf of Paulette M Wright. Objection deadline is 7/21/2020. (Attachments: # 1 Proposed Order Allowing Application to Extend Loss Mitigation # 2 Certificate of Service Relating to Application to Extend Loss Mitigation) filed by Debtor Paulette M Wright) filed by Melissa N. Licker on behalf of PNC Bank, National Association. (Attachments: # 1 Certificate of Service) (Licker, Melissa)

Dated: 7/22/20

  Jeanne Naughton
  Clerk, U.S. Bankruptcy Court

```
                          United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                                  Case No. 16-13321-RG
Paulette M Wright                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin           Page 1 of 1          Date Rcvd: Jul 22, 2020
                          Form ID: ntchrgbk     Total Noticed: 2

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2020.
db             +Paulette M Wright,    185 Dodd Street,    East Orange, NJ 07017-2105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: susan.mcnulty@atlantichealth.org Jul 23 2020 00:26:59     Atlantic Health EFCU,
                 99 Beauvoir Avenue,   Summit, NJ 07901-3533
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2020 at the address(es) listed below:
              Avram D White    on behalf of Debtor Paulette M Wright clistbk3@gmail.com,
               adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestc
               ase.com
              Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Drew  Edwards    on behalf of Creditor   Atlantic Health EFCU drewedwards@nymcu.org
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com
              Melissa N. Licker    on behalf of Creditor   PNC Bank, National Association
               NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com
                                                                                              TOTAL: 6
```