Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−13321−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Paulette M Wright
   185 Dodd Street
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−9541

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on August 24, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 143 − 142
Consent Order re: Resolving Debtor's Request For Loss Mitigation Extension and Providing For Stay Relief, (related document:142 Certificate of Consent filed by Creditor PNC BANK, NATIONAL ASSOCIATION). Filed by Melissa N. Licker on behalf of PNC Bank, National Association . Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/21/2020. (car)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 24, 2020
JAN: car

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                       Case No. 16-13321-RG
Paulette M Wright                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Aug 24, 2020
                              Form ID: orderntc        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2020.
db             +Paulette M Wright,   185 Dodd Street,    East Orange, NJ 07017-2105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: susan.mcnulty@atlantichealth.org Aug 24 2020 23:33:50     Atlantic Health EFCU,
                 99 Beauvoir Avenue,   Summit, NJ 07901-3533
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2020 at the address(es) listed below:
    Avram D White    on behalf of Debtor Paulette M Wright clistbk3@gmail.com,
                 adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com
    Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
                 bkgroup@kmllawgroup.com
    Drew  Edwards    on behalf of Creditor    Atlantic Health EFCU drewedwards@nymcu.org
    Marie-Ann  Greenberg     magecf@magtrustee.com
    Melissa N. Licker    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
                 NJ_ECF_Notices@mccalla.com,  mccallaecf@ecf.courtdrive.com
    Melissa N. Licker    on behalf of Creditor    PNC Bank, National Association
                 NJ_ECF_Notices@mccalla.com,  mccallaecf@ecf.courtdrive.com
                                                                                             TOTAL: 6