Melissa N. Licker
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

**Order Filed on August 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re:<br><br>Paulette M Wright,<br><br><br>Debtor. | Chapter 13<br><br>Case No. 16-13321-RG<br><br>Hearing Date: August 19, 2020<br><br>Judge: Rosemary Gambardella |
|---|---|

## CONSENT ORDER RESOLVING DEBTOR'S REQUEST FOR LOSS MITIGATION EXTENSION AND PROVIDING FOR STAY RELIEF

The relief set forth on the following pages, number two (2) through two (2) is hereby

### ORDERED

**DATED: August 21, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2

Debtor: Paulette M Wright
Case No.: 16-13321-RG
Caption of Order: CONSENT ORDER RESOLVING DEBTOR'S REQUEST FOR LOSS MITIGATION EXTENSION AND PROVIDING FOR STAY RELIEF

THIS MATTER having been opened to the Court upon the request of Paulette M. Wright ("Debtor") by Application to Extend Loss Mitigation, Docket Entry #136, with respect to her property known as 185 Dodd Street, East Orange, NJ 07017 and PNC Bank, National Association ("Secured Creditor") having filed opposition to that Application, and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown ORDERED that:

1. Debtor shall be permitted to pursue loss mitigation with Secured Creditor in accordance with the guidelines that govern this loan.
2. No separate loss mitigation order shall be entered in response to Debtor's Application.
3. The stays imposed by 11 U.S.C. §362(a) and Fed. R. Bankr. Pro. 4001(a)(3) shall be vacated with respect to Secured Creditor thirty (30) days after entry of this Order.

Consent to Form and Entry

McCalla Raymer Leibert Pierce, LLC
Attorney for the Secured Creditor

By: /s/ Melissa N. Licker
Melissa N. Licker

Date: 8/20/2020

Law Offices of Avram D White, Esq
Attorney for the Debtor

By: /s/ Avram D. White
Avram D White

Date: August 20, 2020

United States Bankruptcy Court
District of New Jersey

In re:  
Paulette M Wright  
    Debtor

Case No. 16-13321-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 24, 2020  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2020.  
db         +Paulette M Wright,   185 Dodd Street,   East Orange, NJ 07017-2105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2020                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2020 at the address(es) listed below:
           Avram D White   on behalf of Debtor Paulette M Wright clistbk3@gmail.com,
            adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com
           Denise E. Carlon   on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Drew  Edwards    on behalf of Creditor    Atlantic Health EFCU drewedwards@nymcu.org
           Marie-Ann  Greenberg    magecf@magtrustee.com
           Melissa N. Licker    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
            NJ_ECF_Notices@mccalla.com,   mccallaecf@ecf.courtdrive.com
           Melissa N. Licker    on behalf of Creditor    PNC Bank, National Association
            NJ_ECF_Notices@mccalla.com,   mccallaecf@ecf.courtdrive.com
                                                                                                TOTAL: 6