Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−13321−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Paulette M Wright
 185 Dodd Street
 East Orange, NJ 07017

Social Security No.:
 xxx−xx−9541

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/4/20 at 10:00 AM

to consider and act upon the following:

*148* − Certification in Opposition to CHAPTER 13 TRUSTEE CERTIFICATION OF DEFAULT (related document:146 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 10/5/2020. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Avram D White, Aaron Mizrahi on behalf of Paulette M Wright. (Mizrahi, Aaron)

Dated: 10/6/20

 Jeanne Naughton
 Clerk, U.S. Bankruptcy Court