Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−13321−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Paulette M Wright
   185 Dodd Street
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−9541

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 21, 2020.

On 11/17/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:    December 16, 2020
Time:    08:30 AM
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 18, 2020
JAN: rh

                                                                                 Jeanne Naughton
                                                                                 Clerk

United States Bankruptcy Court

District of New Jersey

| | | |
|---|---|---|
| In re: | | Case No. 16-13321-RG |
| Paulette M Wright | | Chapter 13 |
| Debtor(s) | | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 18, 2020 | Form ID: 185 | Total Noticed: 84 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paulette M Wright, 185 Dodd Street, East Orange, NJ 07017-2105 |
| 516016927 | + | Advantage Assets II Inc, Attn: Pressler and Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516016928 | + | Atlantic Health Employees FEDCU, 99 Beauvoir Avenue, PO Box 220, Summit, NJ 07902-0220 |
| 516016929 | + | Atlantic Health Employees FEDCU, 100 Madison Avenue, Morristown, NJ 07960-6136 |
| 516016930 | + | Atlantic Health Systems FCU, 90 Beauvoir Avenue, Summit, NJ 07901 |
| 516016936 | + | Chase Home Finance, LLC, 10790 Rancho Bernardo Road, San Diego, CA 92127-5705 |
| 516016939 | + | City of East Orange, 44 City Hall Plaza, East Orange, NJ 07018-4500 |
| 516016938 | + | City of East Orange, Water Department, 99 Grove St., East Orange, NJ 07018-4197 |
| 516016937 | | City of East Orange, Tax Collector, City Hall, East Orange, NJ 07019 |
| 516016945 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Department Stores National Bank Macy's, 9111 Duke Blvd, Mason, OH 45040 |
| 516099399 | + | East Orange Water Commission, 99 S. Grove St., East Orange, NJ 07018-4108 |
| 516016948 | | M & T Bank, One M & T Plaza, 8th Floor, Buffalo, NY 14203-2399 |
| 516016949 | | M & T Bank, attn: Computershare, PO Box 30170, College Station, TX 77842-3170 |
| 516016952 | + | M&T Credit Corp., PO Box 4006, Buffalo, NY 14240-4006 |
| 516016953 | | New Jersey Anesthesia Assoc., PO Box 0037, Florham Park, NJ 07932-0037 |
| 516016954 | + | New Jersey Anesthesia Associates, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516016955 | + | Officer Tara Balanche, Essex County Sheriff's Office, 50 West Market Street, ref number #15008865 DJ 163173-15), Newark, NJ 07102-1607 |
| 516016956 | | Overlook Hospital Employees Federal Cred, 99 Beauvoir Avenue, PO Box 220, Summit, NJ 07902-0220 |
| 516016957 | + | Overlook Hospital Employees Federal Cred, Attn: Mr. Stephen Edwards, Esq., 59 Forrest Rd., PO Box 321, Mount Freedom, NJ 07970-0321 |
| 516016965 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank N.A., 2730 Liberty Avenue, Pittsburgh, PA 15222-4704 |
| 516016966 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Mortgage, PO Box 8703, Dayton, OH 45401 |
| 516016963 | + | PNC Bank, PO Box 747024, Pittsburgh, PA 15274-7024 |
| 516016961 | + | PNC Bank, 300 Bellevue Parkway, Wilmington, DE 19809-3704 |
| 516016960 | | PNC Bank, PO Box 15397, Wilmington, DE 19886-5397 |
| 516016964 | | PNC Bank, Deposit Recovery Unit, 330 Gaither Street, Louisville, KY 40202 |
| 516016962 | | PNC Bank, 300 Guthrie Street, Louisville, KY 40202 |
| 516273984 | + | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, Ohio 45342-5421 |
| 516016967 | + | PNC Mortgage Servicing, Attn: Bankruptcy Department, 3232 Newmark Dr, Miamisburg, OH 45342-5433 |
| 516016968 | | PNC National Bank of NJ, PO Box 8310, Philadelphia, PA 19101 |
| 516016974 | + | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516016981 | + | Superior Court of New Jersey, Essex County, 465 Martin Luther King Jr. Blvd, Newark, NJ 07102-1774 |
| 516016979 | + | Superior Court of New Jersey, Essex County Special Civil Part, 465 Martin Luther King Jr. Avenue, For Notice Only (DC 005030 15), Newark, NJ 07102-1735 |
| 516016980 | + | Superior Court of New Jersey, Essex County Special Civil Part, 465 Martin Luther King Jr. Avenue, For Notice Only (DC 028983-09), Newark, NJ 07102-1735 |
| 516016976 | + | Superior Court of New Jersey, Essex County, 50 W.Market Street, For Notice Only (DC 005030 15), Newark, NJ 07102-1607 |
| 516016978 | + | Superior Court of New Jersey, Essex County, 50 W.Market Street, For Notice Only (DC 028983-09), Newark, NJ 07102-1607 |
| 516016977 | + | Superior Court of New Jersey, Essex County, 50 W.Market Street, For Notice Only (L 012262 98), Newark, NJ 07102-1607 |
| 516016989 | + | TD Bank Usa/ Target Credit Card, 3701 Wayzata Blvd, Minneapolis, MN 55416-3440 |
| 516016984 | + | Target, P0 Box 59317, Minneapolis, MN 55459-0317 |

Case 16-13321-RG    Doc 155    Filed 11/20/20    Entered 11/21/20 00:19:35    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 18, 2020 | Form ID: 185 | Total Noticed: 84 |

| | | |
|---|---|---|
| 516016985 | | Target Credit Card, PO Box 660170, Dallas, TX 75266-0170 |
| 516016986 | | Target Credit Services, Retailers National Bank, PO Box 1581, Minneapolis, MN 55440-1581 |
| 516016987 | + | Target National Bank, PO Box 59317, Minneapolis, MN 55459-0317 |

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 18 2020 22:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 18 2020 22:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: susan.mcnulty@atlantichealth.org | Nov 18 2020 22:00:00 | Atlantic Health EFCU, 99 Beauvoir Avenue, Summit, NJ 07901-3533 |
| 516016926 | | Email/Text: ebn@ltdfin.com | Nov 18 2020 22:00:00 | Advantage Assets II Inc, 7322 Southwest Freeeway, Suite 1600, Houston, TX 77074 |
| 516057999 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 18 2020 22:17:21 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 516137532 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 18 2020 22:19:30 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516016940 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 18 2020 22:00:00 | Comenity Bank, PO Box 183003, Columbus, OH 43218-3003 |
| 516016941 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 18 2020 22:00:00 | Comenity Bank/Avenue, P O Box 182789, Columbus, OH 43218-2789 |
| 516016942 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 18 2020 22:00:00 | Comenity Bank/Dress Barn, PO BOX 183789, Columbus, OH 43218-2789 |
| 516016943 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 18 2020 22:00:00 | Comenity Bank/Victoria's Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 516016944 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 18 2020 22:00:00 | Comenitybank/ Venus, 3100 Easton Square Pl, Columbus, OH 43219-6232 |
| 516261126 | | Email/Text: bnc-quantum@quantum3group.com | Nov 18 2020 22:01:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516016947 | + | Email/Text: camanagement@mtb.com | Nov 18 2020 22:00:00 | Hudson City Savings Bank, W. 80 Century Rd., Paramus, NJ 07652-1437 |
| 516016946 | + | Email/Text: camanagement@mtb.com | Nov 18 2020 22:00:00 | Hudson City Savings Bank, West 80 Century Road, For Notice Only, Paramus, NJ 07652-1437 |
| 516016931 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 18 2020 22:17:08 | Chase Bank USA, P0 Box 15922, Wilmington, DE 19850 |
| 516016932 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 18 2020 22:18:17 | Chase Bank USA, NA, PO Box 15922, For Notice Only, Wilmington, DE 19850 |
| 516016933 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 18 2020 22:19:20 | Chase Bank USA, NA, PO Box 15922, Wilmington, DE 19850 |
| 516016934 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 18 2020 22:18:17 | Chase Home Finance, P0 Box 961227, Fort Worth, TX 76161 |
| 516016935 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 18 2020 22:17:08 | Chase Home Finance LLC, PO Box 44090, Jacksonville, FL 32231-4090 |
| 516016950 | + | Email/Text: camanagement@mtb.com | Nov 18 2020 22:00:00 | M & T Mortgage, PO Box 1288, Buffalo, NY 14240-1288 |
| 516016951 | | Email/Text: camanagement@mtb.com | Nov 18 2020 22:00:00 | M and T Mortgage Corp., Default Servicing, 6th |

Case 16-13321-RG   Doc 155   Filed 11/20/20   Entered 11/21/20 00:19:35   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 18, 2020 | Form ID: 185 | Total Noticed: 84 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Floor, PO Box 840, Buffalo, NY 14240 |
| 516101322 | | Email/Text: camanagement@mtb.com | Nov 18 2020 22:00:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 516172947 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 18 2020 22:01:00 | Midland Funding, LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 516016965 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 18 2020 22:00:00 | PNC Bank N.A., 2730 Liberty Avenue, Pittsburgh, PA 15222-4704 |
| 516016966 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 18 2020 22:00:00 | PNC Mortgage, PO Box 8703, Dayton, OH 45401 |
| 516273984 | + | Email/Text: Bankruptcy.Notices@pnc.com | Nov 18 2020 22:00:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, Ohio 45342-5421 |
| 516016969 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2020 22:18:21 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 516016971 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2020 22:19:25 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 516016970 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2020 22:18:21 | Portfolio Recovery Associates, Riverside Commerce Center, 120 Corporate Center, Suite 100, Norfolk, VA 23502 |
| 516171440 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2020 22:19:24 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 516016958 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2020 22:17:17 | Pinnacle Credit Service, Po Box 640, Hopkins, MN 55343-0640 |
| 516016959 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2020 22:19:28 | Pinnacle Credit Services, PO Box 640, Hopkins, MN 55343-0640 |
| 516261848 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2020 22:19:28 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516037184 | | Email/Text: bnc-quantum@quantum3group.com | Nov 18 2020 22:01:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516016982 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2020 22:19:20 | Syncb/jcp, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 516016983 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2020 22:18:16 | Synchrony Financial, 777 Long Ridge Road, Stamford, CT 06902-1247 |
| 516016988 | | Email/Text: bankruptcy@td.com | Nov 18 2020 22:01:00 | TD Bank N.A., Operations Center, P0 Box 1377, Lewiston, ME 04243 |
| 516245235 | + | Email/Text: bncmail@w-legal.com | Nov 18 2020 22:01:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516016991 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 18 2020 21:59:00 | Verizon Wireless, PO Box 489, Newark, NJ 07101-0489 |
| 516016992 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 18 2020 21:59:00 | Verizon Wireless, PO Box 630024, Dallas, TX 75263 |
| 516016993 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 18 2020 21:59:00 | Verizon Wireless, PO Box 17120, Tucson, AZ 85731-7120 |
| 516016990 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 18 2020 21:59:00 | Verizon Wireless, 2000 Corporate Drive, Orangeburg, NY 10962-2624 |
| 516016995 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 18 2020 22:00:00 | Victoria Secrets, PO Box 659562, San Antonio, TX 78265 |
| 516016994 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 18 2020 22:00:00 | Victoria Secrets, PO Box 182128, Columbus, OH 43218-2128 |
| 516016996 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 18 2020 22:00:00 | Victoria's Secret, PO Box 659728, San Antonio, |

Case 16-13321-RG    Doc 155    Filed 11/20/20    Entered 11/21/20 00:19:35    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 18, 2020 | Form ID: 185 | Total Noticed: 84 |

| | | | | TX 78265-9728 | |
|---|---|---|---|---|---|
| 516016997 | | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | | Nov 18 2020 22:00:00 | Victoria's Secrets, P0 Box 182117, Columbus, OH 43218-2117 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516016972 | *+ | Portfolio Recovery Associates, L.L.C., PO Box 12914, Norfolk, VA 23541-0914 |
| 516016975 | *+ | Pressler And Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516016973 | ##+ | Portfolio Recovery Associates, L.L.C., 287 Independence, Virginia Beach, VA 23462-2962 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Avram D White | on behalf of Debtor Paulette M Wright clistbk3@gmail.com adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Drew Edwards | on behalf of Creditor Atlantic Health EFCU drewedwards@nymcu.org |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Melissa N. Licker | on behalf of Creditor PNC Bank National Association NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com |

TOTAL: 6