Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 16–13321–RG
                        Chapter:  13
                        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Paulette M Wright
  185 Dodd Street
  East Orange, NJ 07017

Social Security No.:
  xxx–xx–9541

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on July 21, 2020.

    On 12/15/2020 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:                January 20, 2021
Time:              08:30 AM
Location:          Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: December 16, 2020
JAN: mff

                                                                                  Jeanne Naughton
                                                                                   Clerk