**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0   Valuation of Security     0   Assumption of Executory Contract or Unexpired Lease     0   Lien Avoidance

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

PAULETTE WRIGHT,

Debtor(s)

Case No.: _____16-13321-RG_____

Judge: _____GAMBARDELLA_____

## Chapter 13 Plan and Motions

☐ Original        ☒ Modified/Notice Required        Date: __December 15, 2020__

☐ Motions Included        ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ___ADW___    Initial Debtor: ___PW___    Initial Co-Debtor: _____

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ ___SEE PARA D.___ per _____ to the Chapter 13 Trustee, starting on _____ for approximately _____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☒ Other information that may be important relating to the payment and length of plan:

The debtor shall pay $4,250.50 to the Chapter 13 Trustee through November 30, 2020, and then, the debtor shall pay $227.00 per month, starting December 1, 2020 for three months for a total plan length of approximately sixty months.

**Part 2:    Adequate Protection ☐ NONE**

    a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 0.00 |
| DOMESTIC SUPPORT OBLIGATION | ADMINISTRATIVE | BALANCE DUE: $ 0.00 |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| NONE | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | $0.00 | $0.00 |

**Part 4:    Secured Claims**

a. **Curing Default and Maintaining Payments on Principal Residence:**  ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:**  ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

c. **Secured claims excluded from 11 U.S.C. 506:**  ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments   ☒ NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender   ☐ NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| PNC BANK, N.A. | 185 Dodd Street, East Orange, New Jersey 07017 | $125,000.00 | Completely unsecured. $0.00 surrendered in full satisfaction of debt |
| M&T BANK, N.A. | 185 Dodd Street, East Orange, New Jersey 07017 | $125,000.00 | |
| CITY OF EAST ORANGE | 185 Dodd Street, East Orange, New Jersey 07017 | $125,000.00 | |
| NEW JERSEY ANESTHESIA | 185 Dodd Street, East Orange, New Jersey 07017 | $125,000.00 | |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ NONE

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5: Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6: Executory Contracts and Unexpired Leases  ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

## Part 7: Motions  ☒ NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**  ☒ **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

### Part 8:   Other Plan Provisions

**a. Vesting of Property of the Estate**

☒  Upon confirmation

☐  Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Avram D. White, Esq Counsel to the Debtor
3) PNC, Bank, N.A.
4) Unsecured Creditors

### d. Post-Petition Claims

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification ☐ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: November 17, 2020.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To correct surrender language set forth in prior plan and to remove motion from part 7A of prior plan | To correct surrender language set forth in prior plan and to remove motion from part 7A of prior plan |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:   Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: December 15, 2020                           /s/ Paulette Wright
                                                  Debtor

Date: _____                      _____
                                                  Joint Debtor

Date: December 15, 2020                           /s/ Avram D. White
                                                  Attorney for Debtor(s)

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 16-13321-RG

Paulette M Wright   Chapter 13

Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin   Page 1 of 4
Date Rcvd: Dec 16, 2020   Form ID: pdf901   Total Noticed: 84

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paulette M Wright, 185 Dodd Street, East Orange, NJ 07017-2105 |
| 516016927 | + | Advantage Assets II Inc, Attn: Pressler and Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516016928 | + | Atlantic Health Employees FEDCU, 99 Beauvoir Avenue, PO Box 220, Summit, NJ 07902-0220 |
| 516016929 | + | Atlantic Health Employees FEDCU, 100 Madison Avenue, Morristown, NJ 07960-6136 |
| 516016930 | + | Atlantic Health Systems FCU, 90 Beauvoir Avenue, Summit, NJ 07901 |
| 516016936 | + | Chase Home Finance, LLC, 10790 Rancho Bernardo Road, San Diego, CA 92127-5705 |
| 516016939 | + | City of East Orange, 44 City Hall Plaza, East Orange, NJ 07018-4500 |
| 516016938 | + | City of East Orange, Water Department, 99 Grove St., East Orange, NJ 07018-4197 |
| 516016937 |   | City of East Orange, Tax Collector, City Hall, East Orange, NJ 07019 |
| 516016945 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Department Stores National Bank Macy's, 9111 Duke Blvd, Mason, OH 45040 |
| 516099399 | + | East Orange Water Commission, 99 S. Grove St., East Orange, NJ 07018-4108 |
| 516016948 |   | M & T Bank, One M & T Plaza, 8th Floor, Buffalo, NY 14203-2399 |
| 516016949 |   | M & T Bank, attn: Computershare, PO Box 30170, College Station, TX 77842-3170 |
| 516016952 | + | M&T Credit Corp., PO Box 4006, Buffalo, NY 14240-4006 |
| 516016953 |   | New Jersey Anesthesia Assoc., PO Box 0037, Florham Park, NJ 07932-0037 |
| 516016954 | + | New Jersey Anesthesia Associates, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516016955 | + | Officer Tara Balanche, Essex County Sheriff's Office, 50 West Market Street, ref number #15008865 DJ 163173-15), Newark, NJ 07102-1607 |
| 516016956 |   | Overlook Hospital Employees Federal Cred, 99 Beauvoir Avenue, PO Box 220, Summit, NJ 07902-0220 |
| 516016957 | + | Overlook Hospital Employees Federal Cred, Attn: Mr. Stephen Edwards, Esq., 59 Forrest Rd., PO Box 321, Mount Freedom, NJ 07970-0321 |
| 516016963 | + | PNC Bank, PO Box 747024, Pittsburgh, PA 15274-7024 |
| 516016961 | + | PNC Bank, 300 Bellevue Parkway, Wilmington, DE 19809-3704 |
| 516016960 |   | PNC Bank, PO Box 15397, Wilmington, DE 19886-5397 |
| 516016964 |   | PNC Bank, Deposit Recovery Unit, 330 Gaither Street, Louisville, KY 40202 |
| 516016962 |   | PNC Bank, 300 Guthrie Street, Louisville, KY 40202 |
| 516016967 | + | PNC Mortgage Servicing, Attn: Bankruptcy Department, 3232 Newmark Dr, Miamisburg, OH 45342-5433 |
| 516016968 |   | PNC National Bank of NJ, PO Box 8310, Philadelphia, PA 19101 |
| 516016974 | + | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516016981 | + | Superior Court of New Jersey, Essex County, 465 Martin Luther King Jr. Blvd, Newark, NJ 07102-1774 |
| 516016979 | + | Superior Court of New Jersey, Essex County Special Civil Part, 465 Martin Luther King Jr. Avenue, For Notice Only (DC 005030 15), Newark, NJ 07102-1735 |
| 516016980 | + | Superior Court of New Jersey, Essex County Special Civil Part, 465 Martin Luther King Jr. Avenue, For Notice Only (DC 028983-09), Newark, NJ 07102-1735 |
| 516016976 | + | Superior Court of New Jersey, Essex County, 50 W.Market Street, For Notice Only (DC 005030 15), Newark, NJ 07102-1607 |
| 516016978 | + | Superior Court of New Jersey, Essex County, 50 W.Market Street, For Notice Only (DC 028983-09), Newark, NJ 07102-1607 |
| 516016977 | + | Superior Court of New Jersey, Essex County, 50 W.Market Street, For Notice Only (L 012262 98), Newark, NJ 07102-1607 |
| 516016989 | + | TD Bank Usa/ Target Credit Card, 3701 Wayzata Blvd, Minneapolis, MN 55416-3440 |
| 516016984 | + | Target, P0 Box 59317, Minneapolis, MN 55459-0317 |
| 516016985 |   | Target Credit Card, PO Box 660170, Dallas, TX 75266-0170 |
| 516016986 |   | Target Credit Services, Retailers National Bank, PO Box 1581, Minneapolis, MN 55440-1581 |
| 516016987 | + | Target National Bank, PO Box 59317, Minneapolis, MN 55459-0317 |

TOTAL: 38

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 16, 2020 | Form ID: pdf901 | Total Noticed: 84 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 16 2020 22:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 16 2020 22:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: susan.mcnulty@atlantichealth.org | Dec 16 2020 22:08:00 | Atlantic Health EFCU, 99 Beauvoir Avenue, Summit, NJ 07901-3533 |
| 516016926 | | Email/Text: ebn@ltdfin.com | Dec 16 2020 22:08:00 | Advantage Assets II Inc, 7322 Southwest Freeeway, Suite 1600, Houston, TX 77074 |
| 516057999 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 16 2020 22:20:12 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 516137532 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 16 2020 22:23:22 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516016940 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 16 2020 22:08:00 | Comenity Bank, PO Box 183003, Columbus, OH 43218-3003 |
| 516016941 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 16 2020 22:08:00 | Comenity Bank/Avenue, P O Box 182789, Columbus, OH 43218-2789 |
| 516016942 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 16 2020 22:08:00 | Comenity Bank/Dress Barn, PO BOX 183789, Columbus, OH 43218-2789 |
| 516016943 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 16 2020 22:08:00 | Comenity Bank/Victoria's Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 516016944 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 16 2020 22:08:00 | Comenitybank/ Venus, 3100 Easton Square Pl, Columbus, OH 43219-6232 |
| 516261126 | | Email/Text: bnc-quantum@quantum3group.com | Dec 16 2020 22:08:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516016947 | + | Email/Text: camanagement@mtb.com | Dec 16 2020 22:08:00 | Hudson City Savings Bank, W. 80 Century Rd., Paramus, NJ 07652-1437 |
| 516016946 | + | Email/Text: camanagement@mtb.com | Dec 16 2020 22:08:00 | Hudson City Savings Bank, West 80 Century Road, For Notice Only, Paramus, NJ 07652-1437 |
| 516016931 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 16 2020 22:22:56 | Chase Bank USA, P0 Box 15922, Wilmington, DE 19850 |
| 516016932 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 16 2020 22:19:44 | Chase Bank USA, NA, PO Box 15922, For Notice Only, Wilmington, DE 19850 |
| 516016933 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 16 2020 22:22:56 | Chase Bank USA, NA, PO Box 15922, Wilmington, DE 19850 |
| 516016934 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 16 2020 22:22:57 | Chase Home Finance, P0 Box 961227, Fort Worth, TX 76161 |
| 516016935 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 16 2020 22:22:57 | Chase Home Finance LLC, PO Box 44090, Jacksonville, FL 32231-4090 |
| 516016950 | + | Email/Text: camanagement@mtb.com | Dec 16 2020 22:08:00 | M & T Mortgage, PO Box 1288, Buffalo, NY 14240-1288 |
| 516016951 | | Email/Text: camanagement@mtb.com | Dec 16 2020 22:08:00 | M and T Mortgage Corp., Default Servicing, 6th Floor, PO Box 840, Buffalo, NY 14240 |
| 516101322 | | Email/Text: camanagement@mtb.com | Dec 16 2020 22:08:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 516172947 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 16 2020 22:08:00 | Midland Funding, LLC, P.O. Box 2011, Warren, |

| Recipient ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| 516016965 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 16 2020 22:07:00 | MI 48090-2011<br>PNC Bank N.A., 2730 Liberty Avenue, Pittsburgh, PA 15222-4704 |
| 516016966 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 16 2020 22:07:00 | PNC Mortgage, PO Box 8703, Dayton, OH 45401 |
| 516273984 | + | Email/Text: Bankruptcy.Notices@pnc.com | Dec 16 2020 22:07:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, Ohio 45342-5421 |
| 516016969 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 16 2020 22:23:08 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 516016971 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 16 2020 22:23:08 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 516016970 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 16 2020 22:23:09 | Portfolio Recovery Associates, Riverside Commerce Center, 120 Corporate Center, Suite 100, Norfolk, VA 23502 |
| 516171440 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 16 2020 22:26:27 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 516016958 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2020 22:23:15 | Pinnacle Credit Service, Po Box 640, Hopkins, MN 55343-0640 |
| 516016959 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2020 22:23:16 | Pinnacle Credit Services, PO Box 640, Hopkins, MN 55343-0640 |
| 516261848 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2020 22:20:01 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516037184 | | Email/Text: bnc-quantum@quantum3group.com | Dec 16 2020 22:08:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516016982 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2020 22:22:45 | Syncb/jcp, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 516016983 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2020 22:19:35 | Synchrony Financial, 777 Long Ridge Road, Stamford, CT 06902-1247 |
| 516016988 | | Email/Text: bankruptcy@td.com | Dec 16 2020 22:08:00 | TD Bank N.A., Operations Center, P0 Box 1377, Lewiston, ME 04243 |
| 516245235 | + | Email/Text: bncmail@w-legal.com | Dec 16 2020 22:08:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516016991 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 16 2020 22:06:00 | Verizon Wireless, PO Box 489, Newark, NJ 07101-0489 |
| 516016992 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 16 2020 22:06:00 | Verizon Wireless, PO Box 630024, Dallas, TX 75263 |
| 516016993 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 16 2020 22:06:00 | Verizon Wireless, PO Box 17120, Tucson, AZ 85731-7120 |
| 516016990 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 16 2020 22:06:00 | Verizon Wireless, 2000 Corporate Drive, Orangeburg, NY 10962-2624 |
| 516016995 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 16 2020 22:08:00 | Victoria Secrets, PO Box 659562, San Antonio, TX 78265 |
| 516016994 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 16 2020 22:08:00 | Victoria Secrets, PO Box 182128, Columbus, OH 43218-2128 |
| 516016996 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 16 2020 22:08:00 | Victoria's Secret, PO Box 659728, San Antonio, TX 78265-9728 |
| 516016997 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 16 2020 22:08:00 | Victoria's Secrets, P0 Box 182117, Columbus, OH 43218-2117 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516016972 | *+ | Portfolio Recovery Associates, L.L.C., PO Box 12914, Norfolk, VA 23541-0914 |
| 516016975 | *+ | Pressler And Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516016973 | ##+ | Portfolio Recovery Associates, L.L.C., 287 Independence, Virginia Beach, VA 23462-2962 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2020     Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Avram D White | on behalf of Debtor Paulette M Wright clistbk3@gmail.com adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Drew Edwards | on behalf of Creditor Atlantic Health EFCU drewedwards@nymcu.org |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Melissa N. Licker | on behalf of Creditor PNC Bank National Association NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com |

TOTAL: 6