Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  16−13321−RG
                Chapter:  13
                Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Paulette M Wright
   185 Dodd Street
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−9541

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 21, 2021.

Dated: January 21, 2021
JAN: slm

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 16-13321-RG
Paulette M Wright   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 4
Date Rcvd: Jan 21, 2021    Form ID: plncf13    Total Noticed: 84

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paulette M Wright, 185 Dodd Street, East Orange, NJ 07017-2105 |
| 516016927 | + | Advantage Assets II Inc, Attn: Pressler and Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516016928 | + | Atlantic Health Employees FEDCU, 99 Beauvoir Avenue, PO Box 220, Summit, NJ 07902-0220 |
| 516016929 | + | Atlantic Health Employees FEDCU, 100 Madison Avenue, Morristown, NJ 07960-6136 |
| 516016930 | + | Atlantic Health Systems FCU, 90 Beauvoir Avenue, Summit, NJ 07901 |
| 516016936 | + | Chase Home Finance, LLC, 10790 Rancho Bernardo Road, San Diego, CA 92127-5705 |
| 516016939 | + | City of East Orange, 44 City Hall Plaza, East Orange, NJ 07018-4500 |
| 516016937 | | City of East Orange, Tax Collector, City Hall, East Orange, NJ 07019 |
| 516016938 | + | City of East Orange, Water Department, 99 Grove St., East Orange, NJ 07018-4197 |
| 516016945 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Department Stores National Bank Macy's, 9111 Duke Blvd, Mason, OH 45040 |
| 516099399 | + | East Orange Water Commission, 99 S. Grove St., East Orange, NJ 07018-4108 |
| 516016949 | | M & T Bank, attn: Computershare, PO Box 30170, College Station, TX 77842-3170 |
| 516016948 | | M & T Bank, One M & T Plaza, 8th Floor, Buffalo, NY 14203-2399 |
| 516016952 | + | M&T Credit Corp., PO Box 4006, Buffalo, NY 14240-4006 |
| 516016953 | | New Jersey Anesthesia Assoc., PO Box 0037, Florham Park, NJ 07932-0037 |
| 516016954 | + | New Jersey Anesthesia Associates, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516016955 | + | Officer Tara Balanche, Essex County Sheriff's Office, 50 West Market Street, ref number #15008865 DJ 163173-15), Newark, NJ 07102-1607 |
| 516016956 | | Overlook Hospital Employees Federal Cred, 99 Beauvoir Avenue, PO Box 220, Summit, NJ 07902-0220 |
| 516016957 | + | Overlook Hospital Employees Federal Cred, Attn: Mr. Stephen Edwards, Esq., 59 Forrest Rd., PO Box 321, Mount Freedom, NJ 07970-0321 |
| 516016960 | | PNC Bank, PO Box 15397, Wilmington, DE 19886-5397 |
| 516016962 | | PNC Bank, 300 Guthrie Street, Louisville, KY 40202 |
| 516016963 | + | PNC Bank, PO Box 747024, Pittsburgh, PA 15274-7024 |
| 516016964 | | PNC Bank, Deposit Recovery Unit, 330 Gaither Street, Louisville, KY 40202 |
| 516016961 | + | PNC Bank, 300 Bellevue Parkway, Wilmington, DE 19809-3704 |
| 516016967 | + | PNC Mortgage Servicing, Attn: Bankruptcy Department, 3232 Newmark Dr, Miamisburg, OH 45342-5433 |
| 516016968 | | PNC National Bank of NJ, PO Box 8310, Philadelphia, PA 19101 |
| 516016974 | + | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516016981 | + | Superior Court of New Jersey, Essex County, 465 Martin Luther King Jr. Blvd, Newark, NJ 07102-1774 |
| 516016979 | + | Superior Court of New Jersey, Essex County Special Civil Part, 465 Martin Luther King Jr. Avenue, For Notice Only (DC 005030 15), Newark, NJ 07102-1735 |
| 516016980 | + | Superior Court of New Jersey, Essex County Special Civil Part, 465 Martin Luther King Jr. Avenue, For Notice Only (DC 028983-09), Newark, NJ 07102-1735 |
| 516016976 | + | Superior Court of New Jersey, Essex County, 50 W.Market Street, For Notice Only (DC 005030 15), Newark, NJ 07102-1607 |
| 516016978 | + | Superior Court of New Jersey, Essex County, 50 W.Market Street, For Notice Only (DC 028983-09), Newark, NJ 07102-1607 |
| 516016977 | + | Superior Court of New Jersey, Essex County, 50 W.Market Street, For Notice Only (L 012262 98), Newark, NJ 07102-1607 |
| 516016989 | + | TD Bank Usa/ Target Credit Card, 3701 Wayzata Blvd, Minneapolis, MN 55416-3440 |
| 516016984 | + | Target, P0 Box 59317, Minneapolis, MN 55459-0317 |
| 516016985 | | Target Credit Card, PO Box 660170, Dallas, TX 75266-0170 |
| 516016986 | | Target Credit Services, Retailers National Bank, PO Box 1581, Minneapolis, MN 55440-1581 |
| 516016987 | + | Target National Bank, PO Box 59317, Minneapolis, MN 55459-0317 |

TOTAL: 38

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 21, 2021 | Form ID: plncf13 | Total Noticed: 84 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jan 21 2021 21:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 21 2021 21:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + Email/Text: susan.mcnulty@atlantichealth.org | Jan 21 2021 21:55:00 | Atlantic Health EFCU, 99 Beauvoir Avenue, Summit, NJ 07901-3533 |
| 516016926 | Email/Text: ebn@ltdfin.com | Jan 21 2021 21:55:00 | Advantage Assets II Inc, 7322 Southwest Freeeway, Suite 1600, Houston, TX 77074 |
| 516057999 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 21 2021 22:14:40 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 516137532 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 21 2021 22:11:32 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516016940 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 21 2021 21:55:00 | Comenity Bank, PO Box 183003, Columbus, OH 43218-3003 |
| 516016941 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 21 2021 21:55:00 | Comenity Bank/Avenue, P O Box 182789, Columbus, OH 43218-2789 |
| 516016942 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 21 2021 21:55:00 | Comenity Bank/Dress Barn, PO BOX 183789, Columbus, OH 43218-2789 |
| 516016943 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 21 2021 21:55:00 | Comenity Bank/Victoria's Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 516016944 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 21 2021 21:55:00 | Comenitybank/ Venus, 3100 Easton Square Pl, Columbus, OH 43219-6232 |
| 516261126 | Email/Text: bnc-quantum@quantum3group.com | Jan 21 2021 21:55:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516016947 | + Email/Text: camanagement@mtb.com | Jan 21 2021 21:55:00 | Hudson City Savings Bank, W. 80 Century Rd., Paramus, NJ 07652-1437 |
| 516016946 | + Email/Text: camanagement@mtb.com | Jan 21 2021 21:55:00 | Hudson City Savings Bank, West 80 Century Road, For Notice Only, Paramus, NJ 07652-1437 |
| 516016931 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 21 2021 22:14:16 | Chase Bank USA, P0 Box 15922, Wilmington, DE 19850 |
| 516016932 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 21 2021 22:11:13 | Chase Bank USA, NA, PO Box 15922, For Notice Only, Wilmington, DE 19850 |
| 516016933 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 21 2021 22:14:17 | Chase Bank USA, NA, PO Box 15922, Wilmington, DE 19850 |
| 516016934 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 21 2021 22:17:20 | Chase Home Finance, P0 Box 961227, Fort Worth, TX 76161 |
| 516016935 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 21 2021 22:11:12 | Chase Home Finance LLC, PO Box 44090, Jacksonville, FL 32231-4090 |
| 516016950 | + Email/Text: camanagement@mtb.com | Jan 21 2021 21:55:00 | M & T Mortgage, PO Box 1288, Buffalo, NY 14240-1288 |
| 516016951 | Email/Text: camanagement@mtb.com | Jan 21 2021 21:55:00 | M and T Mortgage Corp., Default Servicing, 6th Floor, PO Box 840, Buffalo, NY 14240 |
| 516101322 | Email/Text: camanagement@mtb.com | Jan 21 2021 21:55:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 516172947 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 21 2021 21:55:00 | Midland Funding, LLC, P.O. Box 2011, Warren, |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 21, 2021 | Form ID: plncf13 | Total Noticed: 84 |

| | | | | |
|---|---|---|---|---|
| | | | | MI 48090-2011 |
| 516016965 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 21 2021 21:54:00 | PNC Bank N.A., 2730 Liberty Avenue, Pittsburgh, PA 15222-4704 |
| 516016966 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 21 2021 21:54:00 | PNC Mortgage, PO Box 8703, Dayton, OH 45401 |
| 516273984 | + | Email/Text: Bankruptcy.Notices@pnc.com | Jan 21 2021 21:54:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, Ohio 45342-5421 |
| 516016969 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 21 2021 22:14:20 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 516016971 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 21 2021 22:17:26 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 516016970 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 21 2021 22:14:20 | Portfolio Recovery Associates, Riverside Commerce Center, 120 Corporate Center, Suite 100, Norfolk, VA 23502 |
| 516171440 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 21 2021 22:14:21 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 516016958 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2021 22:11:24 | Pinnacle Credit Service, Po Box 640, Hopkins, MN 55343-0640 |
| 516016959 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2021 22:11:23 | Pinnacle Credit Services, PO Box 640, Hopkins, MN 55343-0640 |
| 516261848 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2021 22:14:32 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516037184 | | Email/Text: bnc-quantum@quantum3group.com | Jan 21 2021 21:55:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516016982 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 21 2021 22:16:53 | Syncb/jcp, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 516016983 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 21 2021 22:16:53 | Synchrony Financial, 777 Long Ridge Road, Stamford, CT 06902-1247 |
| 516016988 | | Email/Text: bankruptcy@td.com | Jan 21 2021 21:55:00 | TD Bank N.A., Operations Center, P0 Box 1377, Lewiston, ME 04243 |
| 516245235 | + | Email/Text: bncmail@w-legal.com | Jan 21 2021 21:56:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516016991 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 21 2021 21:54:00 | Verizon Wireless, PO Box 489, Newark, NJ 07101-0489 |
| 516016992 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 21 2021 21:54:00 | Verizon Wireless, PO Box 630024, Dallas, TX 75263 |
| 516016993 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 21 2021 21:53:00 | Verizon Wireless, PO Box 17120, Tucson, AZ 85731-7120 |
| 516016990 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 21 2021 21:53:00 | Verizon Wireless, 2000 Corporate Drive, Orangeburg, NY 10962-2624 |
| 516016995 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 21 2021 21:55:00 | Victoria Secrets, PO Box 659562, San Antonio, TX 78265 |
| 516016994 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 21 2021 21:55:00 | Victoria Secrets, PO Box 182128, Columbus, OH 43218-2128 |
| 516016996 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 21 2021 21:55:00 | Victoria's Secret, PO Box 659728, San Antonio, TX 78265-9728 |
| 516016997 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 21 2021 21:55:00 | Victoria's Secrets, P0 Box 182117, Columbus, OH 43218-2117 |

TOTAL: 46

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Jan 21, 2021 | Form ID: plncf13 | Total Noticed: 84

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516016972 | *+ | Portfolio Recovery Associates, L.L.C., PO Box 12914, Norfolk, VA 23541-0914 |
| 516016975 | *+ | Pressler And Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516016973 | ##+ | Portfolio Recovery Associates, L.L.C., 287 Independence, Virginia Beach, VA 23462-2962 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2021 at the address(es) listed below:**

**Name**        **Email Address**

Avram D White
    on behalf of Debtor Paulette M Wright clistbk3@gmail.com
    adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Drew Edwards
    on behalf of Creditor Atlantic Health EFCU drewedwards@nymcu.org

Marie-Ann Greenberg
    magecf@magtrustee.com

Melissa N. Licker
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com

Melissa N. Licker
    on behalf of Creditor PNC Bank  National Association NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com

TOTAL: 6