Form cscnodsc − ntccsclsnodis

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−13321−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Paulette M Wright
185 Dodd Street
East Orange, NJ 07017

Social Security No.:
xxx−xx−9541

Employer's Tax I.D. No.:

### NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☑    Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423)
     proving compliance with the instructional course requirement for discharge.

☐    Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423)
     proving compliance with the instructional course requirement for discharge.

☑    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations
     due have been paid.

☐    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations
     due have been paid.

☐    Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case
     commenced within 8 years before the date of the filing of the petition.

☐    Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a
     case commenced within 8 years before the date of the filing of the petition.

☐    Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during
     the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy
     Code during the 2 year period preceding the date of the petition.

☐    Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy
     Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13
     of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the
     Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: February 10, 2022
JAN: lc

    Jeanne Naughton
    Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-13321-RG |
| Paulette M Wright | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 10, 2022 | Form ID: cscnodsc | Total Noticed: 85 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paulette M Wright, 185 Dodd Street, East Orange, NJ 07017-2105 |
| 516016927 | + | Advantage Assets II Inc, Attn: Pressler and Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516016928 | + | Atlantic Health Employees FEDCU, 99 Beauvoir Avenue, PO Box 220, Summit, NJ 07902-0220 |
| 516016929 | + | Atlantic Health Employees FEDCU, 100 Madison Avenue, Morristown, NJ 07960-6136 |
| 516016930 | + | Atlantic Health Systems FCU, 90 Beauvoir Avenue, Summit, NJ 07901 |
| 516016936 | + | Chase Home Finance, LLC, 10790 Rancho Bernardo Road, San Diego, CA 92127-5705 |
| 516016939 | + | City of East Orange, 44 City Hall Plaza, East Orange, NJ 07018-4500 |
| 516016937 | | City of East Orange, Tax Collector, City Hall, East Orange, NJ 07019 |
| 516016938 | + | City of East Orange, Water Department, 99 Grove St., East Orange, NJ 07018-4197 |
| 516099399 | + | East Orange Water Commission, 99 S. Grove St., East Orange, NJ 07018-4108 |
| 516016948 | | M & T Bank, One M & T Plaza, 8th Floor, Buffalo, NY 14203-2399 |
| 516016949 | | M & T Bank, attn: Computershare, PO Box 30170, College Station, TX 77842-3170 |
| 516016952 | + | M&T Credit Corp., PO Box 4006, Buffalo, NY 14240-4006 |
| 516016953 | | New Jersey Anesthesia Assoc., PO Box 0037, Florham Park, NJ 07932-0037 |
| 516016955 | + | Officer Tara Balanche, Essex County Sheriff's Office, 50 West Market Street, ref number #15008865 DJ 163173-15), Newark, NJ 07102-1607 |
| 516016956 | | Overlook Hospital Employees Federal Cred, 99 Beauvoir Avenue, PO Box 220, Summit, NJ 07902-0220 |
| 516016957 | + | Overlook Hospital Employees Federal Cred, Attn: Mr. Stephen Edwards, Esq., 59 Forrest Rd., PO Box 321, Mount Freedom, NJ 07970-0321 |
| 516016962 | | PNC Bank, 300 Guthrie Street, Louisville, KY 40202 |
| 516016963 | + | PNC Bank, PO Box 747024, Pittsburgh, PA 15274-7024 |
| 516016964 | | PNC Bank, Deposit Recovery Unit, 330 Gaither Street, Louisville, KY 40202 |
| 516016960 | | PNC Bank, PO Box 15397, Wilmington, DE 19886-5397 |
| 516016961 | + | PNC Bank, 300 Bellevue Parkway, Wilmington, DE 19809-3704 |
| 516016967 | + | PNC Mortgage Servicing, Attn: Bankruptcy Department, 3232 Newmark Dr, Miamisburg, OH 45342-5433 |
| 516016968 | | PNC National Bank of NJ, PO Box 8310, Philadelphia, PA 19101 |
| 516016973 | + | Portfolio Recovery Associates, L.L.C., 287 Independence, Virginia Beach, VA 23462-2962 |
| 516016981 | + | Superior Court of New Jersey, Essex County, 465 Martin Luther King Jr. Blvd, Newark, NJ 07102-1774 |
| 516016979 | + | Superior Court of New Jersey, Essex County Special Civil Part, 465 Martin Luther King Jr. Avenue, For Notice Only (DC 005030 15), Newark, NJ 07102-1735 |
| 516016980 | + | Superior Court of New Jersey, Essex County Special Civil Part, 465 Martin Luther King Jr. Avenue, For Notice Only (DC 028983-09), Newark, NJ 07102-1735 |
| 516016976 | + | Superior Court of New Jersey, Essex County, 50 W.Market Street, For Notice Only (DC 005030 15), Newark, NJ 07102-1607 |
| 516016978 | + | Superior Court of New Jersey, Essex County, 50 W.Market Street, For Notice Only (DC 028983-09), Newark, NJ 07102-1607 |
| 516016977 | + | Superior Court of New Jersey, Essex County, 50 W.Market Street, For Notice Only (L 012262 98), Newark, NJ 07102-1607 |
| 516016989 | + | TD Bank Usa/ Terget Credit Card, 3701 Wayzata Blvd, Minneapolis, MN 55416-3440 |
| 516016984 | + | Target, P0 Box 59317, Minneapolis, MN 55459-0317 |
| 516016985 | | Target Credit Card, PO Box 660170, Dallas, TX 75266-0170 |
| 516016986 | | Target Credit Services, Retailers National Bank, PO Box 1581, Minneapolis, MN 55440-1581 |
| 516016987 | + | Target National Bank, PO Box 59317, Minneapolis, MN 55459-0317 |

TOTAL: 36

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | | |

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 10, 2022 | Form ID: cscnodsc | Total Noticed: 85 |

| | | | | |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 10 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| | | | Feb 10 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: susan.mcnulty@atlantichealth.org | Feb 10 2022 20:44:00 | Atlantic Health EFCU, 99 Beauvoir Avenue, Summit, NJ 07901-3533 |
| 516016926 | | Email/Text: ebn@ltdfin.com | Feb 10 2022 20:44:00 | Advantage Assets II Inc, 7322 Southwest Freeeway, Suite 1600, Houston, TX 77074 |
| 516057999 | | Email/PDF: ebn_ais@aisinfo.com | Feb 10 2022 20:55:27 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 516137532 | | Email/PDF: ebn_ais@aisinfo.com | Feb 10 2022 20:55:38 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516016940 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2022 20:44:00 | Comenity Bank, PO Box 183003, Columbus, OH 43218-3003 |
| 516016941 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2022 20:44:00 | Comenity Bank/Avenue, P O Box 182789, Columbus, OH 43218-2789 |
| 516016942 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2022 20:44:00 | Comenity Bank/Dress Barn, PO BOX 183789, Columbus, OH 43218-2789 |
| 516016943 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2022 20:44:00 | Comenity Bank/Victoria's Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 516016944 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2022 20:44:00 | Comenitybank/ Venus, 3100 Easton Square Pl, Columbus, OH 43219-6232 |
| 516016945 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2022 20:55:57 | Department Stores National Bank Macy's, 9111 Duke Blvd, Mason, OH 45040 |
| 516261126 | | Email/Text: bnc-quantum@quantum3group.com | Feb 10 2022 20:44:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516016947 | + | Email/Text: camanagement@mtb.com | Feb 10 2022 20:44:00 | Hudson City Savings Bank, W. 80 Century Rd., Paramus, NJ 07652-1437 |
| 516016946 | + | Email/Text: camanagement@mtb.com | Feb 10 2022 20:44:00 | Hudson City Savings Bank, West 80 Century Road, For Notice Only, Paramus, NJ 07652-1437 |
| 516016931 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 10 2022 20:55:35 | Chase Bank USA, P0 Box 15922, Wilmington, DE 19850 |
| 516016932 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 10 2022 20:55:23 | Chase Bank USA, NA, PO Box 15922, For Notice Only, Wilmington, DE 19850 |
| 516016933 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 10 2022 20:55:46 | Chase Bank USA, NA, PO Box 15922, Wilmington, DE 19850 |
| 516016934 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 10 2022 20:55:46 | Chase Home Finance, P0 Box 961227, Fort Worth, TX 76161 |
| 516016935 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 10 2022 20:55:46 | Chase Home Finance LLC, PO Box 44090, Jacksonville, FL 32231-4090 |
| 516016950 | + | Email/Text: camanagement@mtb.com | Feb 10 2022 20:44:00 | M & T Mortgage, PO Box 1288, Buffalo, NY 14240-1288 |
| 516016951 | | Email/Text: camanagement@mtb.com | Feb 10 2022 20:44:00 | M and T Mortgage Corp., Default Servicing, 6th Floor, PO Box 840, Buffalo, NY 14240 |
| 516101322 | | Email/Text: camanagement@mtb.com | Feb 10 2022 20:44:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 516172947 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 10 2022 20:44:00 | Midland Funding, LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 516016954 | + | Email/Text: signed.order@pfwattorneys.com | | |

| | | | |
|---|---|---|---|
| Case 16-13321-RG | Doc 183 | Filed 02/12/22 | Entered 02/13/22 00:18:32 Desc Imaged |
| | Certificate of Notice | Page 5 of 6 | |

District/off: 0312-2                          User: admin                                     Page 3 of 4
Date Rcvd: Feb 10, 2022                  Form ID: cscnodsc                              Total Noticed: 85

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | Feb 10 2022 20:44:00 | New Jersey Anesthesia Associates, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516016965 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 10 2022 20:44:00 | PNC Bank N.A., 2730 Liberty Avenue, Pittsburgh, PA 15222-4704 |
| 516273984 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 10 2022 20:44:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, Ohio 45342 |
| 516016966 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 10 2022 20:44:00 | PNC Mortgage, PO Box 8703, Dayton, OH 45401 |
| 516016969 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 10 2022 20:55:38 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 516016971 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 10 2022 20:55:50 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 516016970 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 10 2022 20:55:38 | Portfolio Recovery Associates, Riverside Commerce Center, 120 Corporate Center, Suite 100, Norfolk, VA 23502 |
| 516171440 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 10 2022 20:55:38 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 516016974 | Email/Text: signed.order@pfwattorneys.com | Feb 10 2022 20:44:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 516016958 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2022 20:55:38 | Pinnacle Credit Service, Po Box 640, Hopkins, MN 55343-0640 |
| 516016959 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2022 20:55:39 | Pinnacle Credit Services, PO Box 640, Hopkins, MN 55343-0640 |
| 516261848 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2022 20:55:27 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516037184 | Email/Text: bnc-quantum@quantum3group.com | Feb 10 2022 20:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516016982 | + Email/PDF: gecsedi@recoverycorp.com | Feb 10 2022 20:55:25 | Syncb/jcp, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 516016983 | + Email/PDF: gecsedi@recoverycorp.com | Feb 10 2022 20:55:46 | Synchrony Financial, 777 Long Ridge Road, Stamford, CT 06902-1247 |
| 516016988 | Email/Text: bankruptcy@td.com | Feb 10 2022 20:44:00 | TD Bank N.A., Operations Center, P0 Box 1377, Lewiston, ME 04243 |
| 516245235 | + Email/Text: bncmail@w-legal.com | Feb 10 2022 20:44:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516016991 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 10 2022 20:43:00 | Verizon Wireless, PO Box 489, Newark, NJ 07101-0489 |
| 516016992 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 10 2022 20:43:00 | Verizon Wireless, PO Box 630024, Dallas, TX 75263 |
| 516016993 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 10 2022 20:43:00 | Verizon Wireless, PO Box 17120, Tucson, AZ 85731-7120 |
| 516016990 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 10 2022 20:43:00 | Verizon Wireless, 2000 Corporate Drive, Orangeburg, NY 10962-2624 |
| 516016995 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2022 20:44:00 | Victoria Secrets, PO Box 659562, San Antonio, TX 78265 |
| 516016994 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2022 20:44:00 | Victoria Secrets, PO Box 182128, Columbus, OH 43218-2128 |
| 516016996 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2022 20:44:00 | Victoria's Secret, PO Box 659728, San Antonio, TX 78265-9728 |

| 516016997 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2022 20:44:00 | Victoria's Secrets, P0 Box 182117, Columbus, OH 43218-2117 |

TOTAL: 49

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516016975 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler And Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 516016972 | *+ | Portfolio Recovery Associates, L.L.C., PO Box 12914, Norfolk, VA 23541-0914 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2022        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Avram D White | on behalf of Debtor Paulette M Wright clistbk3@gmail.com adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Drew Edwards | on behalf of Creditor Atlantic Health EFCU drewedwards@nymcu.org |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Melissa N. Licker | on behalf of Creditor PNC Bank National Association mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |

TOTAL: 6